

# Purchase Order

| Create D... | PO # |
|---|---|
| 12/10/2021 | SC7219 |

**Stages Cycling LLC**
**1220 Main Street**
**Suite 400**
**Vancouver WA 98660**
**United States**
**855-505-9538**

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | LS-S-FTN<br>13204 Philadelphia Ave<br>Fontana CA 92337<br>United States |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 3/8/2022 | 5/19/2022 |  | LS-S-FTN |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 971-0092 | Cyclebar Studio IC SMU .22 | Cyclebar Studio IC SMU .22 | 5/19/2022 | 166 | 23,015.00 | 3,820,490.00 |

|  |  |
|---|---|
| Total | NT$3,820,490.00 |

SC7219

Exhibit 1
Page 1 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 8/26/2021 | SC6809 |

Stages Cycling LLC
606 SE 9th Ave
Portland OR 97214
United States
855-505-9538

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Cycling<br>c/o C.H. Robinson Europe B.V.<br>Marifoonweg 2<br>1042 AV Amsterdam<br>Dock 5<br>Netherlands |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 1/10/2022 | 2/24/2022 | | CHR-AMS - SC |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 971-0015 | SC1.20 Stages Indoor Cycling Bike | SC1.20 Stages Indoor Cycling Bike | 2/24/2022 | 192 | 15,608.84845... | 2,996,898.90 |
| | | | | | Total | NT$2,996,898.90 |


SC6809

Exhibit 1
Page 2 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 8/26/2021 | SC6801 |

Stages Cycling LLC
606 SE 9th Ave
Portland OR 97214
United States
855-505-9538

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Cycling<br>c/o C.H. Robinson Europe B.V.<br>Marifoonweg 2<br>1042 AV Amsterdam<br>Dock 5<br>Netherlands |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 1/3/2022 | 2/17/2022 | | CHR-AMS - SC |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 971-0016 | SC2.20 Stages Indoor Cycling Bike | SC2.20 Stages Indoor Cycling Bike | 2/17/2022 | 188 | 17,283.16077... | 3,249,234.22 |

| | | |
|---|---|---|
| | Total | NT$3,249,234.22 |


SC6801

Exhibit 1
Page 3 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 4/12/2022 | SC8190 |

Stages Cycling LLC
1220 Main Street
Suite 400
Vancouver WA 98660
United States
855-505-9538

Page 1 of 2

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Indoor Cycling<br>c/o Sankyu-Jvanan International Logistics Co Ltd<br>No.2, Lane 43,<br>Singbang Rd. Taoyuan Dist<br>Taoyuan City Taiwan 33068<br>Taiwan |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 6/1/2022 | 6/1/2022 | Platform Custom Bikes U... | CHR-TWN - SC |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 971-0033 | 971-0033 | SC3.22 Base | 6/1/2022 | 150 | 17,858.68 | 2,678,802.00 |
| 971-0103 | IC Power Meter - G3.1 | Stages Indoor Cycling Power Meter G3.1 | 6/1/2022 | 150 | 0.00 | 0.00 |
| Project Number | Project Number | Project Number 500-0041 | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-000-7612 | Stages Brand Seat, 2018, All Black | Stages Brand Seat, 2018, All Black | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-000-4427 | Assembly, Brake Arm, Black | Assembly, Brake Arm, Black | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-971-0488 | 971-0488 | Black Plastics - 3 knobs, 2 FitLoc arms | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-000-5997 | Stages Rhythm Bar (Black Knob) | Stages Rhythm Bar (Black Knob) | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-971-0050 | 971-0050 | Stages SP3 Pedals - Custom Build | 6/1/2022 | 150 | 0.00 | 0.00 |
| C-000-5995 | SprintShift [NEW version] | SprintShift [NEW version] | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-7580 | Standard In-Stock Color | Standard In-Stock Color (RAL 9004, 80% Matte) | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-0000 | Custom Option Decline | No Decals | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-9001.01 | ASSY, HB STEM, SELF GEN, LA, BLACK | ASSY, HB STEM, SELF GEN, LA, BLACK | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-9855 | ASSY, SEAT SLIDER, EXT F/A, STD POST, BLK | ASSY, SEAT SLIDER, EXT F/A, STD POST, BLK | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-7802 | 4553-FF1001-002 | CARBON BELT, 9MM | 6/1/2022 | 150 | 0.00 | 0.00 |
| 000-9953 | ASSY, DB HOLDER, W/HDWR | ASSY, DB HOLDER, W/HDWR | 6/1/2022 | 150 | 0.00 | 0.00 |

Exhibit 1
Page 4 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 4/12/2022 | SC8190 |

**Stages Cycling LLC**
**1220 Main Street**
**Suite 400**
**Vancouver WA 98660**
**United States**
**855-505-9538**

Page 2 of 2

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

000-6092 fastener set (4)
000-9609 hardware for wheels (2)
000-9619 & 000-9620 bottle holders w/blk fasteners

| | |
|---|---|
| Total | NT$2,678,802.00 |


SC8190

Exhibit 1
Page 5 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 6/14/2022 | SC8576 |

**Stages Cycling LLC**
**1220 Main Street**
**Suite 400**
**Vancouver WA 98660**
**United States**
**855-505-9538**

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Indoor Cycling<br>c/o Sankyu-Jvanan International Logistics Co Ltd<br>No.2, Lane 43,<br>Singbang Rd. Taoyuan Dist<br>Taoyuan City Taiwan 33068<br>Taiwan |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 6/14/2022 | | Soul Home Scrap | CHR-TWN - SC |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 000-8048 | Crank Arm, Power LH, Aluminum, 3.2 IC | Crank Arm, Power LH, Aluminum, 3.2 IC | 7/1/2022 | 18,549 | 472.00 | 8,755,128.00 |
| 000-9144 | 1220-CW0200-20 | ASSY, GEN 3.2 PM CRANK, W/BB SCREW, ALUM | 7/1/2022 | 13,998 | 352.00 | 4,927,296.00 |
| 000-8016 | Left Power Crank Arm, Isis, Gen 3.2 IC | Left Power Crank Arm, Isis, Gen 3.2 IC | 7/1/2022 | 13,020 | 280.00 | 3,645,600.00 |

| | Total | NT$17,328,024.00 |
|---|---|---|

SC8576

Exhibit 1
Page 6 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 9/12/2022 | SC9125 |

Stages Cycling LLC
1220 Main Street
Suite 400
Vancouver WA 98660
United States
855-505-9538

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Cycling<br>5335 Sterling Dr<br>Boulder CO 80301<br>United States |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 10/17/2022 | | | BLDR-1 |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Research and Develop... | Research and Development | Flywheel assembly, Pressfit bearings, No Jam Nuts, With generator | 10/24/2022 | 20 | 4,644.00 | 92,880.00 |
| Research and Develop... | Research and Development | Flywheel assembly, Pressfit bearings, No Jam Nuts, Without generator | 10/24/2022 | 5 | 3,742.00 | 18,710.00 |

| | Total | NT$111,590.00 |
|---|---|---|

SC9125

Exhibit 1
Page 7 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 8/16/2022 | SC8955 |

**Stages Cycling LLC**
**1220 Main Street**
**Suite 400**
**Vancouver WA 98660**
**United States**
**855-505-9538**

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | BLDR-1 R&D<br>5335 Sterling Dr.<br>Boulder CO 80301<br>United States |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 9/5/2022 | 9/12/2022 | Battery Spacer Tooling Q... | BLDR-1 : BLDR-1 R&D |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Research and Develop... | Research and Development | Tooling for Battery Spacer | 9/12/2022 | 1 | 109,725.00 | 109,725.00 |
| Research and Develop... | Research and Development | QTY 10, T1 samples<br>QTY 10, T2 samples | 9/12/2022 | 1 | 0.00 | 0.00 |

| | Total | NT$109,725.00 |
|---|---|---|


SC8955

Exhibit 1
Page 8 of 11



# Purchase Order

| Create D... | PO # |
|---|---|
| 7/12/2021 | SC6566 |

**Stages Cycling LLC**
1220 Main Street
Suite 400
Vancouver WA 98660
United States
855-505-9538

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | BLDR-1 R&D<br>5335 Sterling Dr.<br>Boulder CO 80301<br>United States |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 7/12/2021 | | | BLDR-1 : BLDR-1 R&D |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Miscellaneous - Resear... | Miscellaneous - Research & Development | Tooling cost: 000-8483 (within assembly 971-0181) | 7/12/2021 | 1 | 12,000.00 | 12,000.00 |

| | Total | NT$12,000.00 |
|---|---|---|


SC6566

Exhibit 1
Page 9 of 11



# Purchase Order

| Create Date | PO # |
|---|---|
| 11/1/2022 | SC9504 |

Stages Cycling LLC
1220 Main Street
Suite 400
Vancouver WA 98660
United States
855-505-9538

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Cycling<br>5335 Sterling Dr<br>Boulder CO 80301<br>United States |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 11/1/2022 | | material excess from fore... | BLDR-1 |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| Scrap Charge | Scrap Charge | 000-2573 | 11/1/2022 | 1,484 | 9.00 | 13,356.00 |
| Scrap Charge | Scrap Charge | 000-3932 | 11/1/2022 | 916 | 23.00 | 21,068.00 |
| Scrap Charge | Scrap Charge | 000-5781 | 11/1/2022 | 488 | 410.00 | 200,080.00 |
| Scrap Charge | Scrap Charge | 000-5904 | 11/1/2022 | 150 | 494.00 | 74,100.00 |
| Scrap Charge | Scrap Charge | 000-5965 | 11/1/2022 | 498 | 35.00 | 17,430.00 |
| Scrap Charge | Scrap Charge | 000-7504 | 11/1/2022 | 1,170 | 48.00 | 56,160.00 |
| Scrap Charge | Scrap Charge | 000-7758 | 11/1/2022 | 167 | 167.00 | 27,889.00 |
| Scrap Charge | Scrap Charge | 000-8395 | 11/1/2022 | 809 | 4.00 | 3,236.00 |
| Scrap Charge | Scrap Charge | 000-9206 | 11/1/2022 | 332 | 231.00 | 76,692.00 |
| Scrap Charge | Scrap Charge | 000-9902 | 11/1/2022 | 1,141 | 75.00 | 85,575.00 |
| Scrap Charge | Scrap Charge | 001-1547 | 11/1/2022 | 6,000 | 3.00 | 18,000.00 |
| Scrap Charge | Scrap Charge | 971-0062 | 11/1/2022 | 172 | 1,635.00 | 281,220.00 |
| | | | | | Total | NT$874,806.00 |



# Purchase Order

| Create D... | PO # |
|---|---|
| 2/22/2023 | SC10166 |

**Stages Cycling LLC**
**1220 Main Street**
**Suite 400**
**Vancouver WA 98660**
**United States**
**855-505-9538**

| Vendor | Ship To |
|---|---|
| AIPS Technology CO., LTD.<br>No. 901, Sec. 2, Jhongshan Rd, Dajia Dist<br>Taichung City  437101<br>Taiwan | Stages Indoor Cycling<br>c/o Sankyu-Jvanan International Logistics Co Ltd<br>No.2, Lane 43,<br>Singbang Rd. Taoyuan Dist<br>Taoyuan City Taiwan 33068<br>Taiwan |

| Ship Date | Expected Receipt Date | Memo | Location |
|---|---|---|---|
| 3/27/2023 | 3/31/2023 | | CHR-TWN - SC |

| SKU | Item | Description | Expected | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 000-3752 | 4430-FF7023-002 | SELF GENERATING CONTROL PACK | 3/31/2023 | 1,500 | 557.00 | 835,500.00 |
| 000-4021 | BATTERY, LI-ION, RECHARGE, WIRED | BATTERY, LI-ION, RECHARGE, WIRED | 3/31/2023 | 1,500 | 60.00 | 90,000.00 |
| Scrap Charge | Scrap Charge | Scrap of BATTERY CELL, 3.6V | 3/31/2023 | 6,875 | 60.00 | 412,500.00 |

|  | Total | NT$1,338,000.00 |
|---|---|---|

SC10166

**Exhibit 1**
**Page 11 of 11**