

# AIPS Technology CO., LTD.
## *INVOICE & PACKING LIST.*

Page 1

INVOICE NO: **ST220091BS**

MESSRS : STAGES INDOOR CYCLING LLC
      606 SE 9th Ave
      Portland, OR 97214

NAME OF VESSEL:  SEASPAN DALIAN/38E       O/B DATE:  22/03/15

LOADING PORT  :  TAICHUNG , TAIWAN       DELIVERY:  FONTANA

ISSUING BANK  :              L/C:

<u>SHIPPING MARK</u>

              PAYMENT TERM: D/P at sight

FONTANA

P.O.NO. :SC7219
  00001-00166
MADE IN TAIWAN

===========================================================================

| CASE NO. | DESCRIPTION *PARTS,* | Qty | UNIT PRICE *TWD* | AMOUNT *TWD* | NETTOTAL *KGS* | GROSS TOTAL *KGS* |
|----------|-------------|-----|------------|--------|--------|-----------|

===========================================================================

保出號碼: A1110035                                         **FOB  TAICHUNG**

愛普智海關監管編號: D2030

統一編號:83153430

產品BOM核准文號: 0111000305

         ** EXERCISE BICYCLE

         **P.O.NO.:SC7219

| CASE NO. | DESCRIPTION | Qty | UNIT PRICE TWD | AMOUNT TWD | NETTOTAL KGS | GROSS TOTAL KGS |
|----------|-------------|-----|------------|--------|--------|-----------|
| 00001  -  00166 | CYCLEBAR STUDIO IC SMU.22 | | | | | |
| | NAME : EXERCISER | | | | | |
| | MODEL:  971-0092.NHNW | 166 | 23,339.00 | 3,874,274.00 | 7768.80 | 9462.00 |
| | GOODS: 40022FF0009C2 | | | | | |
| | CUSTOM APPRO.#0111000305 | | | | | |
| | MADE IN TAIWAN | | | | | |

===========================================================================

No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan

**Exhibit 2**
**Page 1 of 28**

===================================================================

| | TOTAL QUANTITY= | 166 *TWD* | = | 3,874,274.00 | 7768.80 | 9462.00 |
| | SETS(CARTONS)= | 166 | | | | |

===================================================================

**TOTAL : TWD   =     3,874,274.00**

**SAY TOTAL TAIWAN DOLLARS THREE MILLION EIGHT HUNDRED SEVENTY FOUR THOUSAND TWO HUNDRED SEVENTY FOUR ONLY**

**SAY TOTAL  166 SETS  (CARTONS)**

**SAY TOTAL  N.W. 7768.80 KGS.,G.W.  9462.00  KGS.**

**B9, #02, Brand for "STAGES"          B/L: 391444845EPT**
**Total 1x40'HQ                        Container # : TEMU7506700**
**Full Ship to Location:               Seal # : ZGLT415782**
**Fontana 13204 Philadelphia Ave,      Vessel : SEASPAN DALIAN/38E**
**Fontana, CA 92337                    Serial #: H0308220001-H0308220166**

**AIPS Technology CO., LTD.**

*Erik Huang*

*No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan*

**Exhibit 2**
**Page 2 of 28**

 **AIPS Technology CO., LTD.**
**INVOICE & PACKING LIST.**

Page 1

INVOICE NO: **ST220118BS**

MESSRS : STAGES INDOOR CYCLING LLC
606 SE 9th Ave
Portland, OR 97214

NAME OF VESSEL:  via. 得連                    O/B DATE:    22/03/31
LOADING PORT   :  TAICHUNG , TAIWAN              DELIVERY:   TAIWAN
ISSUING BANK    :                                 L/C:

SHIPPING MARK

                                        PAYMENT TERM: D/P at sight

TAIWAN

P.O.NO. :SC6809
  00001-00180
MADE IN TAIWAN

=============================================================================

| CASE NO. | DESCRIPTION *EXERCISE BICYCLE,* | Qty | UNIT PRICE *TWD* | AMOUNT *TWD* | NET TOTAL *KGS* | GROSS TOTAL *KGS* |
|---|---|---|---|---|---|---|
| | | | | | | |

=============================================================================

保出號碼:A1110048                                    *FOB  TAICHUNG*
愛普智海關監管編號: D2030
統一編號:83153430
產品BOM核准文號: 0110002762

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | **EXERCISE BICYCLE | | | | | |
| | **P.O.NO.:SC6809 | | | | | |
| | SC1.20 | | | | | |
| 00001  -  00180 | "Steel Exercise Bicycle , Stag | | | | | |
| | MODEL:  971-0015 | 180 | 18,941.00 | 3,409,380.00 | 9810.00 | 11214.00 |
| | GOODS:   40019FF0002A6 | | | | | |
| | CUSTOM APPRO.#0110002762 | | | | | |
| | MADE IN TAIWAN | | | | | |

=============================================================================

**Exhibit 2**
**Page 3 of 28**

No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan

===============================================================================

| | | | | | |
|---|---|---|---|---|---|
| TOTAL QUANTITY= | 180 *TWD* | = | 3,409,380.00 | 9810.00 | 11214.00 |
| SETS(CARTONS)= | 180 | | | | |

===============================================================================

*TOTAL : TWD* = 3,409,380.00

**SAY TOTAL TAIWAN DOLLARS THREE MILLION FOUR HUNDRED NINE THOUSAND THREE HUNDRED EIGHTY ONLY**

**SAY TOTAL  180 SETS  (CARTONS)**

**SAY TOTAL  N.W. 9810.00 KGS.,G.W.  11214.00  KGS.**

**B2, #98, Brand for "STAGES"**              **B/L: N/A**
**Total 30 pallets**                          **Container # : N/A**
**Full Ship to Location:**                    **Seal # : N/A**
**No.2, Lane 43, Singbang Rd.,**              **Vessel : N/A**
**Taoyuan Dist. Taoyuan, 33068**             **Serial #: H0325220001-H0325220180**

**AIPS Technology CO., LTD.**

*Erik Huang*

*No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan*

**Exhibit 2**
**Page 4 of 28**



# AIPS Technology CO., LTD.
## INVOICE & PACKING LIST.

Page 1

INVOICE NO: **ST220131BS**

MESSRS : STAGES INDOOR CYCLING LLC

      606 SE 9th Ave

      Portland, OR 97214

| | | |
|---|---|---|
| NAME OF VESSEL: via. 得運 | O/B DATE: | 22/04/26 |
| LOADING PORT : TAICHUNG , TAIWAN | DELIVERY: | TAIWAN |
| ISSUING BANK : | L/C: | |

SHIPPING MARK

PAYMENT TERM: D/P at sight

TAIWAN

P.O.NO. :SC6801

   00001-00188

MADE IN TAIWAN

====================================================================

| CASE NO. | DESCRIPTION *EXERCISE BICYCLE,* | Qty | UNIT PRICE *TWD* | AMOUNT *TWD* | NETTOTAL *KGS* | GROSS TOTAL *KGS* |
|---|---|---|---|---|---|---|

====================================================================

保出號碼:A1110058

愛普智海關監管編號: D2030

統一編號:83153430

產品BOM核准文號: 0110002762

       **EXERCISE BICYCLE,**

       **P.O.NO.:SC6801**

       SC2.20

*FOB TAICHUNG*

| CASE NO. | DESCRIPTION | Qty | UNIT PRICE | AMOUNT | NETTOTAL | GROSS TOTAL |
|---|---|---|---|---|---|---|
| 00001 - 00188 | SC2.18 Stages Indoor Cycling B | | | | | |
| | MODEL: 971-0016 | 188 | 21,132.00 | 3,972,816.00 | 8591.60 | 10076.80 |
| | GOODS: 40018FF0001C1 | | | | | |
| | CUSTOM APPRO.#0110002762 | | | | | |
| | MADE IN TAIWAN | | | | | |

====================================================================

**Exhibit 2**
**Page 5 of 28**

No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan

===============================================================================

| | | | | |
|---|---|---|---|---|
| TOTAL QUANTITY= | 188 *TWD* | = | 3,972,816.00 | 8591.60 | 10076.80 |
| SETS(CARTONS)= | 188 | | | | |

===============================================================================

*TOTAL : TWD*  =  3,972,816.00

**SAY TOTAL TAIWAN DOLLARS THREE MILLION NINE HUNDRED SEVENTY TWO THOUSAND EIGHT HUNDRED SIXTEEN ONLY**

**SAY TOTAL  188 SETS  (CARTONS)**

**SAY TOTAL  N.W. 8591.60 KGS.,G.W.  10076.80  KGS.**

**B2, #98, Brand for "STAGES"       B/L: N/A**
**Total 32 pallets                   Container # : N/A**
**Full Ship to Location:             Seal # : N/A**
**No.2, Lane 43, Singbang Rd.,       Vessel : N/A**
**Taoyuan Dist. Taoyuan, 33068       Serial #: N/A**

                                    **AIPS Technology CO., LTD.**

                                    *Eerik Huang*

*No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan*

**Exhibit 2
Page 6 of 28**



# AIPS Technology CO., LTD.
## *INVOICE & PACKING LIST.*

Page 1

INVOICE NO: **ST220149BS**

MESSRS : STAGES INDOOR CYCLING LLC

        606 SE 9th Ave

        Portland, OR 97214

| | | |
|---|---|---|
| NAME OF VESSEL:  via. 得連 | O/B DATE: | 22/05/26 |
| LOADING PORT   :  TAICHUNG , TAIWAN | DELIVERY: | TAIWAN |
| ISSUING BANK   : | L/C: | |

<u>SHIPPING MARK</u>

PAYMENT TERM: D/P at sight

TAIWAN

P.O.NO.  :SC6758

   00001-00031

P.O.NO.  :SC7473

   00032-00050

P.O.NO.  :SC7884

   00051-00051

MADE IN TAIWAN

======================================================================

| CASE NO. | DESCRIPTION *PARTS,* | Qty | UNIT PRICE *TWD* | AMOUNT *TWD* | NETTOTAL *KGS* | GROSS TOTAL *KGS* |
|---|---|---|---|---|---|---|
| | | | | | | |

======================================================================

*FOB  TAICHUNG*

| CASE NO. | DESCRIPTION | Qty | UNIT PRICE | AMOUNT | NETTOTAL | GROSS TOTAL |
|---|---|---|---|---|---|---|
| | \*\*PARTS,\*\* | | | | | |
| | \*\*P.O.NO.:SC6758 | | | | | |
| | PARTS | | | | | |
| 00003 - 00028 | "assy, power meter housing, ge | | | | | |
| | NAME : Cover/Shroud | | | | | |
| | MODEL: 000-9722 | 8000 | 126.00 | 1,008,000.00 | 160.00 | 168.00 |
| | GOODS: 4527-COVFF20-002 | | | | | |
| | CUSTOM APP.#10303871 | | | | | |
| | MADE IN TAIWAN | | | | | |
| 00001 - 00002 | "gasket, body, gen 3 ic, curve | | | | | |
| 00029 - 00031 | NAME : PAD/RUBBER CAP | | | | | |
| | MODEL: 000-9724 | 8000 | 9.00 | 72,000.00 | 8.00 | 8.00 |
| | GOODS: 4275-SWPFF19-007 | | | | | |
| | CUSTOM APP.#10303871 | | | | | |
| | MADE IN TAIWAN | | | | | |
| | \*\*P.O.NO.:SC7473 | | | | | |
| | PARTS | | | | | |
| 00050 - 00050 | "harness,self generating" | | | | | |
| | NAME : ELE WIRE | | | | | |
| | MODEL: 000-3932 | 50 | 30.00 | 1,500.00 | 0.30 | 0.35 |
| | GOODS: 4430-FF7025-001 | | | | | |
| | CUSTOM APP.#10303871 | | | | | |
| | MADE IN TAIWAN | | | | | |
| 00032 - 00049 | "stages brand saddle, 2018, al | | | | | |

======================================================================

No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan

Exhibit 2

| CASE NO. | DESCRIPTION PARTS, | Qty | UNIT PRICE TWD | AMOUNT TWD | NET TOTAL KGS | GROSS TOTAL KGS |
|----------|--------------------|-----|----------------|------------|---------------|-----------------|
| | NAME : SADDLE | | | | | |
| | MODEL: 000-7612 | 350 | 248.00 | 86,800.00 | 220.50 | 224.00 |
| | GOODS: 4710-VL4423-002 | | | | | |
| | CUSTOM APP.#10303871 | | | | | |
| | MADE IN TAIWAN | | | | | |
| | **P.O.NO.:SC7884 | | | | | |
| | PARTS | | | | | |
| 00051 - 00051 | isis bb, 61.5 x 103mm | | | | | |
| | NAME : B.B SET | | | | | |
| | MODEL: 000-9289 | 25 | 374.00 | 9,350.00 | 12.50 | 12.75 |
| | GOODS: 4210-DYCS103-001 | | | | | |
| | CUSTOM APP.#10303871 | | | | | |
| | MADE IN TAIWAN | | | | | |

| | TOTAL QUANTITY= | 16425 *TWD* | = | 1,177,650.00 | 401.30 | 413.10 |
| | SETS(CARTONS)= | 51 | | | | |

*TOTAL : TWD* = 1,177,650.00

SAY TOTAL TAIWAN DOLLARS ONE MILLION ONE HUNDRED SEVENTY SEVEN THOUSAND SIX HUNDRED FIFTY ONLY

SAY TOTAL  51 SETS  (CARTONS)

SAY TOTAL  N.W.  401.30 KGS.,G.W.   413.10  KGS.

| | |
|---|---|
| **D1, #97, No Brand** | **B/L: N/A** |
| **Total  51 cartons** | **Container # : N/A** |
| **Full Ship to Location:** | **Seal # : N/A** |
| **No.2, Lane 43, Singbang Rd.,** | **Vessel : N/A** |
| **Taoyuan Dist. Taoyuan, 33068** | **Serial #: N/A** |

**AIPS Technology CO., LTD.**

*Eerik Huang*

*No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan*



# Invoice

INV.NO. FF220525

ISSUE DATE:   2022/5/25

MESSRS:

STAGES INDOORS CYCLING LLC
606 SE 9th Ave
Portland, OR 97214

SHIPPING MARKS:

USA

NAME OF VESSEL:
LOADING PORT:           TAICHUNG, TAIWAN
PLACE OF DELIVERY:
ON BOARD DATE:

C/NO. 00001
MADE IN TAIWAN
R.O.C.

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|----------------------|----------|----------------------------|-------|
| | **PO#SC8605** | | | | |
| 1 | 4240-RC002S-001 | scrap cost-000-8041 (home exclusive) | 729 | $87 | $63,423 |
| 2 | 4240-LC002S-001 | scrap cost-000-8040 (home exclusive) | 777 | $103.0 | $80,031 |
| 3 | 4814-CAPFF19-010 | scrap cost-000-7796 (home exclusive) | 2018 | $4.9 | $9,888 |
| 4 | 4814-CAPFF20-003 | scrap cost-000-5503 (home exclusive) | 664 | $4.3 | $2,855 |
| 5 | 4240-RC003S-001 | scrap cost-000-8047 (home exclusive) | 1168 | $12 | $14,016 |
| 6 | 4240-LC003S-001 | scrap cost-000-8046(home exclusive) | 1052 | $12 | $12,624 |
| 7 | 4321-HB009S-001 | scrap cost-000-9526 (home exclusive) | 4202 | $616 | $2,588,432 |
| 8 | 4321-HB009S-001P3 | scrap cost-000-9526 parts (home exclusive) | 4600 | $57 | $262,200 |
| 9 | 4176-BS004S-001 | scrap cost-000-7778 (home exclusive) | 3508 | $55.6 | $195,045 |
| 10 | 4321-HB010S-001 | scrap cost-000-9538 (home design change) | 570 | $538.0 | $306,660 |

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 9 of 28

| 11 | 4321-HB010S-001P1 | scrap cost-000-9539 (home exclusive) | 10422 | $23.8 | $248,044 |
|----|-------------------|--------------------------------------|-------|-------|----------|
| 12 | 1321-AC001S-001 | scrap cost-000-7770 (home exclusive) | 14744 | $37.3 | $549,951 |
| | tax | 5% tax fee | | | $189,161 |
| TOTAL | 44454 PCS | | | | NT$4,522,330 |

SAY TOTAL NEW TAIWAN DOLLARS FOUR MILLION FIVE HUNDRED TWENTY TWO THOUSAND THREE HUNDRED THIRTY ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 10 of 28



# Invoice

INV.NO. FF220617

ISSUE DATE:    2022/6/17

MESSRS:                    STAGES INDOORS CYCLING LLC          SHIPPING MARKS:
                          606 SE 9th Ave
                          Portland, OR 97214                   USA

NAME OF VESSEL:                                                C/NO. 00001
LOADING PORT:             TAICHUNG, TAIWAN                     MADE IN TAIWAN
PLACE OF DELIVERY:                                             R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|----------------------|----------|------------------|-------|
| 1 | sample shipping | shipping fee 1Z810RY46791849986 | 1 | $22,818 | $22,818 |
| 2 | GATES shipping | shipping fee 1Z810RY40492634565 | 1 | $2,638 | $2,638 |
| TOTAL | 2 PCS | | | | NT$25,456 |

SAY TOTAL NEW TAIWAN DOLLARS TWENTY FIVE THOUSAND FOUR HUNDRED FIFTY SIX ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 11 of 28



# AIPS Technology CO., LTD.
## INVOICE & PACKING LIST.

Page 1

INVOICE NO: **ST220164BS**

MESSRS : STAGES INDOOR CYCLING LLC
        606 SE 9th Ave
        Portland, OR 97214

NAME OF VESSEL:   VIA 得運             O/B DATE:   22/07/22

LOADING PORT   :   TAICHUNG , TAIWAN     DELIVERY:   TAIWAN

ISSUING BANK   :                      L/C:

<u>SHIPPING MARK</u>

                              PAYMENT TERM: D/P at sight

TAIWAN

P.O.NO.  :SC8190
  00001-00150
MADE IN TAIWAN

===================================================================

| CASE NO. | DESCRIPTION *EXERCISE BICYCLE,* | Qty | UNIT PRICE *TWD* | AMOUNT *TWD* | NET TOTAL *KGS* | GROSS TOTAL *KGS* |
|---|---|---|---|---|---|---|
| | | | | | | |

===================================================================

                                        ***FOB  TAICHUNG***

| CASE NO. | DESCRIPTION | Qty | UNIT PRICE | AMOUNT | NET TOTAL | GROSS TOTAL |
|---|---|---|---|---|---|---|
| | **EXERCISE BICYCLE | | | | | |
| | **P.O.NO.:SC8190 | | | | | |
| | 971-0033 | | | | | |
| 00001 - 00003 | SC3.22 BASE | | | | | |
| | MODEL:  971-0033 | 3 | 24,835.00 | 74,505.00 | 140.40 | 171.00 |
| | GOODS:  40022FF0003C3 | | | | | |
| | CUSTOM APPRO.#0111001061 | | | | | |
| | MADE IN TAIWAN | | | | | |
| 00004 - 00150 | SC3.22 BASE | | | | | |
| | MODEL:  971-0033 | 147 | 25,177.00 | 3,701,019.00 | 6879.60 | 8379.00 |
| | GOODS:  40022FF0003C3 | | | | | |
| | CUSTOM APPRO.#0111001061 | | | | | |
| | MADE IN TAIWAN | | | | | |

===================================================================

**Exhibit 2**

No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan

```
==================================================================================
          TOTAL QUANTITY=      150 TWD   =          3,775,524.00      7020.00      8550.00
          SETS(CARTONS)=       150
```



```
==================================================================================
                            TOTAL : TWD   =          3,775,524.00
```

**SAY TOTAL TAIWAN DOLLARS THREE MILLION SEVEN HUNDRED SEVENTY FIVE THOUSAND FIVE HUNDRED TWENTY FOUR ONLY**

**SAY TOTAL  150 SETS  (CARTONS)**

**SAY TOTAL  N.W. 7020.00 KGS.,G.W.  8550.00  KGS.**

**D7, #98, A1110087, Brand for "STAGES"     B/L: N/A**
**Total 25 pallets                    Container # : N/A**
**Full Ship to Location:              Seal # : N/A**
**No.2, Lane 43, Singbang Rd.,        Vessel : N/A**
**Taoyuan Dist. Taoyuan, 33068        Serial #: H0524220001-H0524220150**

                              **AIPS Technology CO., LTD.**

                              *Erik Huang*

*No. 901, Sec. 2, Jhongshan Rd, Dajia Dist, Taichung City, 437101, Taiwan*

**Exhibit 2**
**Page 13 of 28**



# Invoice

INV.NO. FF220801

ISSUE DATE:  2022/8/1

MESSRS:

STAGES INDOORS CYCLING LLC
606 SE 9th Ave
Portland, OR 97214

SHIPPING MARKS:

USA

NAME OF VESSEL:
LOADING PORT:           TAICHUNG, TAIWAN
PLACE OF DELIVERY:
ON BOARD DATE:

C/NO. 00001
MADE IN TAIWAN
R.O.C.

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN | |
|---|---|---|---|---|---|
| | | | | Unit Price(NT$) | Total |
| 1 | 4230-FF1001-003 | scrap cost-000-8048 (home exclusive) | 18549 | $472.0 | $8,755,128 |
| 2 | 1220-CW0200-20 | scrap cost-000-9144 (home exclusive) | 1420 | $352.0 | $499,840 |
| 3 | 4230-CRAFF20-002 | scrap cost-000-8016 (home exclusive) | 25598 | $280.0 | $7,167,440 |
| 4 | REWORK FEE | rework the crank bolt | 12578 | $10.0 | $125,780 |
| 5 | damage crank bolts | damage crank bolts | 128 | $26.0 | $3,328 |
| | tax | 5% tax fee | | | $827,575.80 |
| | Discount | recycle credit, 45,567 pcs, 24,588.25 KG | 24588.25 | $21.5 | -$528,647 |
| TOTAL | 45567 PCS | | | | NT$16,850,444 |

SAY TOTAL NEW TAIWAN DOLLARS SIXTEEN MILLION EIGHT HUNDRED FIFTY THOUSAND FOUR HUNDRED FORTY FOUR ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 14 of 28**



# Invoice

INV.NO. FF220921

ISSUE DATE:   2022/9/21

MESSRS:          STAGES INDOORS CYCLING LLC          SHIPPING MARKS:
                 606 SE 9th Ave
                 Portland, OR 97214                 USA


NAME OF VESSEL:                                     C/NO. 00001
LOADING PORT:          TAICHUNG, TAIWAN             MADE IN TAIWAN
PLACE OF DELIVERY:                                  R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | Unit Price(NT$) | Total |
|---|---|---|---|---|---|
| | **PO #SC7480 (ST220176BS)** | | | | |
| 1 | 971-0016 | Deferred fee | 1 | 41055 | 41055 |
| | **PO #SC6594 (ST220177BS)** | | | | |
| 2 | 971-0019 | Deferred fee | 1 | 43155 | 43155 |
| | **PO #SC6222 (ST220178BS)** | | | | |
| 3 | 971-0019 | Deferred fee | 1 | 43155 | 43155 |
| | **PO #SC7231 (ST220201BS)** | | | | |
| 4 | 971-0092 | Deferred fee | 1 | 27720 | 27720 |
| | **PO #SC7824 (ST220203BS)** | | | | |
| 5 | 971-0019 | Deferred fee | 1 | 35280 | 35280 |
| | **PO #SC6590 (ST220212BS)** | | | | |
| 6 | 971-0019 | Deferred fee | 1 | 27720 | 27720 |
| | **PO #SC7064 (ST220213BS)** | | | | |
| 7 | 971-0095 | Deferred fee | 1 | 13230 | 13230 |
| | **PO #SC7065 (ST220214BS)** | | | | |
| 8 | 971-0095 | Deferred fee | 1 | 6300 | 6300 |
| | **PO #SC6592 (ST220215BS)** | | | | |
| 9 | 971-0019 | Deferred fee | 1 | 5355 | 5355 |

| TOTAL | 9 PCS | | | | NT$242,970 |

SAY TOTAL NEW TAIWAN DOLLARS TWO HUNDRED FORTY TWO THOUSAND NINE HUNDRED SEVENTY ONLY.


AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 15 of 28**



# Invoice

INV.NO. FF221004

ISSUE DATE:   2022/10/4

MESSRS:

STAGES INDOORS CYCLING LLC
606 SE 9th Ave
Portland, OR 97214

SHIPPING MARKS:

USA

NAME OF VESSEL:
LOADING PORT:
PLACE OF DELIVERY:
ON BOARD DATE:

TAICHUNG, TAIWAN

C/NO. 00001
MADE IN TAIWAN
R.O.C.

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN | |
| --- | --- | --- | --- | --- | --- |
| | | | | Unit Price(NT$) | Total |
| | SC9125 | | | | |
| 1 | | Flywheel assembly, without jam nuts, with generator | 20 | $4,644 | $92,880 |
| 2 | | Flywheel assembly, without jam nuts and generator | 5 | $3,742 | $18,710 |
| TOTAL | 25 pcs | | | | NT$111,590 |

SAY TOTAL NEW TAIWAN DOLLARS ONE HUNDRED ELEVEN THOUSAND FIVE HUNDRED NINTY ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 16 of 28**



# Invoice

INV.NO. FF221012                                                ISSUE DATE:   2022/10/12

MESSRS:                    STAGES INDOORS CYCLING LLC          SHIPPING MARKS:
                           606 SE 9th Ave
                           Portland, OR 97214                  USA


NAME OF VESSEL:                                                C/NO. 00001
LOADING PORT:              TAICHUNG, TAIWAN                    MADE IN TAIWAN
PLACE OF DELIVERY:                                             R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|----------------------|----------|----------------------------|-------|
|      | SC8955    |                      |          |                            |       |
| 1    |           | Tooling for Battery Spacer | 1 | $109,725 | $109,725 |

| TOTAL | 1 pcs | | | | NT$109,725 |

SAY TOTAL NEW TAIWAN DOLLARS ONE HUNDRED NINE THOUSAND SEVEN HUNDRED TWENTY FIVE ONLY.


                                        AIPS TECHNOLOGY CO., LTD.

                                        *Erik Huang*
                                        Erik Huang
                                        GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 17 of 28**



# Invoice

INV.NO. FF221130

ISSUE DATE:   2022/11/30

MESSRS:        STAGES INDOORS CYCLING LLC          SHIPPING MARKS:
               606 SE 9th Ave
               Portland, OR 97214                  USA

NAME OF VESSEL:                                    C/NO. 00001
LOADING PORT:     TAICHUNG, TAIWAN                 MADE IN TAIWAN
PLACE OF DELIVERY:                                 R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|---------------------|----------|------------------|---------|
|      | SC6566    |                     |          |                  |         |
| 1    |           | 000-8483 tooling    | 1        | $12,000          | $12,000 |
| TOTAL | 1 pcs    |                     |          |                  | NT$12,000 |

SAY TOTAL NEW TAIWAN DOLLARS TWELVE THOUSAND ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 18 of 28



# Invoice

INV.NO. FF230315

ISSUE DATE:   2023/3/15

MESSRS:                 STAGES INDOORS CYCLING LLC          SHIPPING MARKS:
                        606 SE 9th Ave
                        Portland, OR 97214                   USA

NAME OF VESSEL:                                              C/NO. 00001
LOADING PORT:           TAICHUNG, TAIWAN                     MADE IN TAIWAN
PLACE OF DELIVERY:                                           R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|----------------------|----------|----------------------------|-------|
|      | SC9504    |                      |          |                            |       |
| 1    |           | local fee 5%         | 1        | $29,679                    | $29,679 |
| 2    |           | laber fee            | 1        | $5,600                     | $5,600 |
| TOTAL | 1 sets   |                      |          |                            | NT$35,279 |

SAY TOTAL NEW TAIWAN DOLLARS THIRTY FIVE THOUSAND TWO HUNDRED SEVENTY NINE ONLY.

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 19 of 28**



# Invoice

INV.NO. FF230316                                    ISSUE DATE:   2023/3/16

MESSRS:            STAGES INDOORS CYCLING LLC        SHIPPING MARKS:
                   606 SE 9th Ave
                   Portland, OR 97214                USA


NAME OF VESSEL:                                      C/NO. 00001
LOADING PORT:      TAICHUNG, TAIWAN                  MADE IN TAIWAN
PLACE OF DELIVERY:                                   R.O.C.
ON BOARD DATE:

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN | |
| --- | --- | --- | --- | --- | --- |
| | | | | Unit Price(NT$) | Total |
| | SC10166 | | | | |
| 1 | | scrap of battery cell, 3.6V | 6875 | $60 | $412,500 |
| 2 | | cell management fee | 6875 | $10 | $68,750 |
| 3 | | local fee 5% | | | $24,063 |
| 5 | | laber fee | 1 | $2,400 | $2,400 |
| TOTAL | 1 sets | | | | NT$507,713 |

SAY TOTAL NEW TAIWAN DOLLARS FIVE HUNDRED SEVEN THOUSAND SEVEN HUNDRED THIRTEEN ONLY.


                                    AIPS TECHNOLOGY CO., LTD.

                                    Erik Huang
                                    GM of AIPS Techonlory Co., Ltd




AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2**
**Page 20 of 28**



## Invoice

INV.NO. FF230915

ISSUE DATE:   2023/9/15

MESSRS:

STAGES CYCLING LLC
Vancouver Wa, 98600
1220 Main Street, Suite 400

SHIPPING MARKS:

USA

NAME OF VESSEL:
LOADING PORT:
PLACE OF DELIVERY:
ON BOARD DATE:

TAICHUNG, TAIWAN

C/NO. 00001
MADE IN TAIWAN
R.O.C.

| ITEM | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN Unit Price(NT$) | Total |
|------|-----------|----------------------|----------|----------------------------|-------|
| 1 | SB20 | SB20 inventory cost | 1 | $62,483,420 | $62,483,420 |
| | | 5 % local fee | | | $3,124,171 |
| 2 | | Handling fee, 1 pallet NTD$4800 | 40 | $4,800 | $192,000 |

| TOTAL | 2 PCS | | | | NT$65,799,591 |
|-------|-------|--|--|--|---------------|

SAY TOTAL NEW TAIWAN DOLLARS SIXTY FIVE MILLION SEVEN HUNDRED NINETY NINE THOUSAND
FIVE HUNDRED NINETY ONE ONLY.

**\* The inventory list please see the attachment.**

AIPS TECHNOLOGY CO., LTD.

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2
Page 21 of 28**

| 971-0012 components | Stages SKU | AIPS stock | vendor stock | semi-finished product | material | Price (AIPS) | Price (vendor) |
|---|---|---|---|---|---|---|---|
| 4471-BRAFF19-001 |  | 4052 | 0 | | | $1,418,200 | $0 |
| 90420FF200001 | 000-7876 | 1 | 368 | 76 | | $0 | $1,160,394 |
| 上管 | frame top tube | 0 | 2719 | | | $0 | $0 |
| 上管補強片 | top tube reinforcement sheet | 0 | 2700 | 7000 | | $0 | $0 |
| 五通管 | bottom bracket tube | 0 | 1805 | | | $0 | $0 |
| 右前叉管 | right fork tube | 0 | 980 | | | $0 | $0 |
| 右前爪 | right dropout | 0 | 1550 | 4250 | | $0 | $0 |
| 左前叉管 | left fork tube | 0 | 517 | | | $0 | $0 |
| 左前爪 | left dropout | 0 | 5033 | 4250 | | $0 | $0 |
| 安定翼遮蓋 | stabilizer cover (right & left side) | 0 | 12645 | | | $0 | $0 |
| 把手座管25長 | the tube of the adjustment knob | 0 | 3250 | | | $0 | $0 |
| 前叉補強片 | fork reinforcement sheet | 0 | 891 | 6980 | | $0 | $0 |
| 前底版 | the front bottom plate | 0 | 3700 | | | $0 | $0 |
| 後底版 | the rear bottom plate | 0 | 3700 | | | $0 | $0 |
| 運輪輪固定座 | transport wheel holder | 0 | 6079 | 12238 | | $0 | $0 |
| 電線固定片 | wire retainer | 0 | 11267 | | | $0 | $0 |
| 4270-FRTG21-1G3 | 000-5871 | 8304 | 0 | | | $257,424 | $0 |
| 2110-BB04AH-847 | 000-8186 | 17537 | 0 | | | $105,222 | $0 |
| 2110-CP041A-073 | 000-9166 | 1084 | 0 | | | $8,672 | $0 |
| 4430-WC0FF19-001 | | 1000 | 0 | | | $4,000 | $0 |
| 4951-SPPFF19-001 | 000-8035 | 1583 | 0 | | | $14,247 | $0 |
| 1288-6910ZZ-002 | the bearing with the motor. The spec is 6910. | 1277 | 3000 | | | $383,100 | $900,000 |
| 3FF-9A00004 | 000-8379 | 2128 | 0 | | | $17,024 | $0 |
| 4814-CAPFF20-005 | 000-8378 | 4305 | 0 | | | $21,525 | $0 |
| 4814-CP008S-001 | 000-9575 | 5958 | 0 | | | $29,790 | $0 |
| 4814-CP009S-001 | 000-9150 | 1149 | 0 | | | $5,745 | $0 |
| 1288-BE3200-001 | the bearing with the motor. The spec is FC3510. | 10053 | 0 | | | $1,678,851 | $0 |

**Exhibit 2**
**Page 22 of 28**

| Part | Description | | | | | |
|---|---|---|---|---|---|---|
| 4758-LEVFF19-001 | 000-8108 | 9149 | 0 | | $960,645 | $0 |
| 1740-SB2020-0001 | 000-2562(maybe) | 3403 | 0 | | $27,224 | $0 |
| 1740-SB2020-0002 | 000-8378 manu (maybe) | 2107 | 0 | | $4,214 | $0 |
| 1744-SC520-0001 | assemble guide (head tube) | 440 | 0 | | $440 | $0 |
| 1744-SC520-0002 | 000-8271 | 2741 | 0 | | $2,741 | $0 |
| 1744-SC520-0005 | 090-0118 | 1820 | 0 | | $5,460 | $0 |
| 226P-R0001-003 | Packaging material | 680 | 0 | | $680 | $0 |
| 1725-SPS372-001 | 000-7508&000-7509 | 9042 | 0 | | $524,436 | $0 |
| 4321-DROFF20-001 | 000-7719 | 51 | | 1300 | $10,455 | $0 |
| 4320-TKLFF19-001 | 000-7920&000-7921 | 13626 | | | $11,922,750 | $0 |
| -UL 1571#30x20C | 000-8008 components | | | 1,367 | $0 | $0 |
| 08000630R -3PIN接頭 | 000-8008 components | | | 11993 | $0 | $0 |
| 08000631R -6PIN接頭 | 000-8008 components | | | 5996 | $0 | $0 |
| 08000635R -公座6PIN+公端子+灌包加工 | 000-8008 components | | | 33 | $0 | $0 |
| 08000637R -公座6PIN帶線SR加工 | 000-8008 components | | | 4,733 | $0 | $0 |
| 08000649R -公座3PIN帶線SR加工 | 000-8008 components | | | 22 | $0 | $0 |
| 08000664R -公座3PIN 移印 | 000-8008 components | | | 5,490 | $0 | $0 |
| 08000665R -公座6PIN 移印 | 000-8008 components | | | 43 | $0 | $0 |
| 23400370R -PU線 #24*6C | 000-7988 components | | | 3816m | $0 | $0 |
| 23400371R -PVC #18*2C | 000-7988 components | | | 4373m | $0 | $0 |
| 27200025R -譚纜線 #24*6C | 000-7827 components | | | 1799m | $0 | $0 |
| 27400610R -UL2854 #28 黑 6C | 000-8008 components | | | 4,568 | $0 | $0 |
| 27400620R -UL2854 #28 黑 3C | 000-8008 components | | | 1053m | $0 | $0 |
| 36100001R -JS-1124-T | 000-7988 components | | | 7840 | $0 | $0 |
| 36100001R -JS-1124-T | 000-7988 components | | | 7840 | $0 | $0 |
| 36100001R -JS-1124-T | 000-7988 components | | | 7840 | $0 | $0 |
| 37100175R -TYU TY3085TPH-A | 000-7988 components | | | 13857 | $0 | $0 |
| 37100176R -TYU TY3086TPH-A | 000-7988 components | | | 17,787 | $0 | $0 |
| 37201469R -母端子 | 000-8008 components | | | 1050 | $0 | $0 |
| 4443-CIRFF19-001 | 000-7988 | 12946 | 449 | | $6,628,352 | $229,888 |
| 46100086R -JS-1124-02 | 000-7988 connector | | | 1,008 | $0 | $0 |
| 46100089R -JS-1124-06 | 000-7988 connector | | | 813 | $0 | $0 |
| 46100089R -JS-1124-06 | 000-7988 connector | | | 813 | $0 | $0 |
| 47100990R -TYU TY3085HNO-2*03 | 000-7988 connector | | | 567 | $0 | $0 |

Exhibit 2
Page 23 of 28

| Part Number | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 47101231R -TYU TY3086HNO-2*03 | 000-7988 connector | | | | 1,238 | $0 | $0 |
| 4735-3PIFF19-001 | 000-7829 | 52324 | | | | $3,505,708 | $0 |
| 4735-WIRFF19-001 | 000-7827 | 11852 | | | | $1,007,420 | $0 |
| 4735-WIRFF19-002 | 000-7869 | 13478 | | | | $849,114 | $0 |
| 4735-WIRFF19-003 | 000-7870 | 13481 | | | | $674,050 | $0 |
| 4735-WIRFF19-004 | 000-7995 | 13397 | | | | $147,367 | $0 |
| 4735-WIRFF19-006 | 000-7830 | 13239 | | | | $767,862 | $0 |
| 66400444R -DC JACK | DC JACK | | | | 348 | $0 | $0 |
| 66600544R-防水贴延 | waterproof steaker | | | | 25,853 | $0 | $639,849 |
| 66800047R -O型圈 | 000-7988 O-ring | | | | 21,120 | $0 | $67,122 |
| 66800047R -O型環 | 000-7988 O-ring | | | | 1854m | $0 | $0 |
| 4471-STOFF19-001 | 000-7647 | 4726 | 1650 | 2100 | | $458,422 | $295,878 |
| 3FF-1002-1 | 000-5964 | 506 | 0 | | | $11,132 | $0 |
| 2120-WASHER-522 | 000-8107 | 2064 | 0 | | | $6,192 | $0 |
| 483V-VSTFF19-001 | zip tie | 846 | 0 | | | $1,692 | $0 |
| 1721-FF1101--C12P1 | 000-7832 parts | | | 1500 | | $0 | $0 |
| 4220-PULFF21-003 | 000-7801 | 8 | 1618 | 521 | | $0 | $639,849 |
| 4221-SPRFF19-001 | 000-7571 | 19 | 297 | | 4200 | $4,294 | $67,122 |
| 4320-HBPFF19-001 | 000-7745 | 5 | 0 | 459 | | $0 | $57,236 |
| 4320-HBPFF19-002 | 000-7746 | 43 | 0 | 1568 | | $0 | $112,530 |
| 4320-HBPFF19-003 | 000-7588 | 180 | 1325 | | | $0 | $68,900 |
| 4320-HBPFF19-004 | 000-8091 | 0 | 127 | | | $111,300 | $26,670 |
| 4320-HBPFF19-004P1 | 000-8091 parts | | | 1224 | | $0 | $0 |
| 4320-HBPFF19-004P2 | 000-8091 parts | | | 2001 | | $0 | $0 |
| 4330-HBSFF19-001P2 | 000-7584 parts | | | 38 | | $0 | $0 |
| 4330-HBSFF19-001P5 | 000-7584 parts | | | 884 | | $0 | $0 |
| 4552-FLYFF19-001P2 | the inner steel (000-7653) | | | 720 | | $0 | $0 |
| 4721-SPOFF19-003 | 000-8099 | 0 | | 730 | | $12,012 | $399,894 |
| 4721-SPOFF19-003P2 | 000-8099 parts | | | 833 | | $0 | $0 |
| 4729-PPSFF19-001 | 090-0058 | 0 | | | | $0 | $0 |
| 4729-PPSFF19-001P1 | 090-0058 parts | | | 27 | | $0 | $0 |
| 4729-PPSFF19-001P6 | 090-0058 parts | | | 2646 | | $0 | $0 |
| 4729-PPSFF19-001P7 | 090-0058 parts | | | 6036 | | $0 | $0 |
| 4729-PPSFF19-001P8 | 090-0058 parts | | | 2792 | | $0 | $0 |

**Exhibit 2**
**Page 24 of 28**

| Part No | Description | | | | | NTD$ | |
|---|---|---|---|---|---|---|---|
| 4759-SLIFF20-001 | 000-7832 | 0 | 39 | 15 | | $0 | $15,275 |
| 4759-SLIFF20-002 | 000-7587 | 5 | | | | $0 | $0 |
| 4759-SLIFF20-002P1 | 000-7587 parts | | | 212 | | $0 | $0 |
| 4759-SLIFF20-002P2 | 000-7587 parts | | | 2523 | | $0 | $0 |
| 4759-SLIFF20-002P3 | 000-7587 parts | | | 1112 | | $0 | $0 |
| 2520-TOOLSE-0005 | 000-8151 | 6625 | | | | $397,500 | $0 |
| 4552-FLYFF20-001 | 000-7653 | 0 | | 436 | 1785 | $0 | $1,914,069 |
| 1271-RR1900-004 | 000-7669 | 8716 | | | | $43,580 | $0 |
| 4320-HBPFF19-011 | 000-8093 | 35550 | | | | $497,700 | $0 |
| 4443-CIRFF20-002 | 000-8082 | 6410 | | | | $1,352,510 | $0 |
| 4443-CIRFF21-002 | 000-7942 | 6704 | | | | $2,292,768 | $0 |
| 4443-PCBFF19-002 | 000-7971 | 6075 | | | | $2,502,900 | $0 |
| 4443-SHIFF20-007 | 000-7944 | 6393 | | | | $3,886,944 | $0 |
| 4443-SHIFF20-008 | 000-7943 | 6289 | | | | $3,823,712 | $0 |
| 4736-SENFF20-005 | optical sensor | 5740 | | | | $539,560 | $0 |
| 2120-WASHER-530 | the washer in 000-7652 | 8457 | 30000 | | | $439,764 | $1,560,000 |
| 2124-NUTFLY-001 | 000-8291 | 6328 | 30000 | | | $601,160 | $2,850,000 |
| 1288-BE3600-001 | the bearing in flywheel, the spec is spec? | 16229 | | | | $811,450 | $0 |
| 4814-RB005S-001 | 000-9589 | 6706 | | | | $201,180 | $0 |
| 2110-TCRPH-001 | 000-8077 | 394 | | | | $788 | $0 |
| 2120-WASHER-525 | 000-8274 | 989 | | | | $1,978 | $0 |
| 1444-SDM101-001 | the wire plastic holder | 29882 | | | | $29,882 | $0 |
| 1710-VL1966-0001 | 000-8072 | 4846 | | | | $1,453,800 | $0 |
| 1340-VLT811-0001 | 000-7845 | 12598 | | | | $1,637,740 | $0 |
| 231B-30001-042 | Packaging material | 340 | | | | $14,620 | $0 |
| 231B-30001-043 | Packaging material | 856 | | | | $38,520 | $0 |
| 4281-SP0100-001 | 000-5873 | 36 | | | | $684 | $0 |
| 2110-BB04AH-806 | 000-8018 | 46 | | | | $230 | $0 |
| 2110-BB04AH-848 | 000-7674 | 83 | | | | $415 | $0 |
| 2110-BB04M8-011 | 000-5978 | 0 | | | | $126 | $0 |
| 2110-CP041A-038 | 000-4194 | 10226 | | | | $20,452 | $0 |
| 2110-CR0514-001 | 000-4025 | 65 | | | | $195 | $0 |
| 211-4510B0 | 000-3973 | 2602 | | | | $7,806 | $0 |
| | | | | total NTD$ | | $52,185,726 | $10,297,705 |

**Exhibit 2**
**Page 25 of 28**



# Invoice

INV.NO. FF240102

ISSUE DATE:   2024/1/2

MESSRS:

STAGES CYCLING LLC
1220 Main Street, Suite 400
Vancouver Wa, 98600

SHIPPING MARKS:

USA

NAME OF VESSEL:
LOADING PORT:          TAICHUNG, TAIWAN
PLACE OF DELIVERY:
ON BOARD DATE:

C/NO. 00001
MADE IN TAIWAN
R.O.C.

| ITEM | PO | MODLE NO. | DESCRIPTION OF GOODS | QUANTITY | FOB TAIWAN | |
|---|---|---|---|---|---|---|
| | | | | | Unit Price(NT$) | Total |
| 1 | SC8845 | 971-0016 | storage fee,November 21- December 11 | 1 | $44,616 | $44,616 |
| 2 | SC9078 | 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 3 | SIC9700 | 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 4 | SC6069 | 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 5 | SC7239 | 971-0092 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 6 | SC8535 | 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 7 | SC8537 | 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 8 | SC6207 | 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 9 | SC8562 | 971-0019 | storage fee,November 21- December 11 | 1 | $39,251 | $39,251 |
| 10 | SC8594 | 971-0019 | storage fee,November 21- December 11 | 1 | $39,251 | $39,251 |
| 11 | SC8595 | 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 12 | SC8563 | 971-0016 | storage fee,November 21- December 20 | 1 | $17,107 | $17,107 |
| 13 | SC8564 | 971-0016 | storage fee,November 21- December 1 | 1 | $19,018 | $19,018 |
| 14 | SC8564 | 971-0016 | storage fee,November 21- December 20 | 1 | $28,512 | $28,512 |
| 15 | SC7971 | 971-0094 | storage fee,November 21- December 20 | 1 | $8,554 | $8,554 |
| 16 | SC5374 | 971-0012 | storage fee,November 21- December 20 | 1 | $32,400 | $32,400 |
| 17 | SC7802 | 971-0015 | storage fee,November 21- December 20 | 1 | $11,405 | $11,405 |
| 18 | SC6797 | 971-0019 | storage fee,November 21- December 20 | 1 | $18,533 | $18,533 |
| 19 | SC5947 | 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 26 of 28

| 20 | SC5973 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 21 | SC8120 971-0016 | storage fee,November 21- December 20 | 1 | $12,830 | $12,830 |
| 22 | SC8120 971-0016 | storage fee,November 21- December 1 | 1 | $9,493 | $9,493 |
| 23 | SC7968 971-0019 | storage fee,November 21- November 29 | 1 | $22,514 | $22,514 |
| 24 | SC7968 971-0019 | storage fee,November 21- December 20 | 1 | $38,491 | $38,491 |
| 25 | SC7969 971-0019 | storage fee,November 21- December 1 | 1 | $24,246 | $24,246 |
| 26 | SC7969 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 27 | SC7970 971-0019 | storage fee,November 21- December 1 | 1 | $24,246 | $24,246 |
| 28 | SC7970 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 29 | SC8593 971-0043 | storage fee,November 21- December 20 | 1 | $42,768 | $42,768 |
| 30 | SC6013 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 31 | SC8325 971-0016 | storage fee,November 21- December 15 | 1 | $43,042 | $43,042 |
| 32 | SC8325 971-0016 | storage fee,November 21- December 20 | 1 | $38,491 | $38,491 |
| 33 | SC6068 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 34 | SC8740 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 35 | SC8781 971-0016 | storage fee,November 21- December 1 | 1 | $29,409 | $29,409 |
| 36 | SC8922 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 37 | SC8805 971-0016 | storage fee,November 21- December 20 | 1 | $45,619 | $45,619 |
| 38 | SC8923 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 39 | SC5457 971-0012 | storage fee,November 21- December 20 | 1 | $38,880 | $38,880 |
| 40 | SC8920 971-0016 | storage fee,November 21- December 11 | 1 | $44,616 | $44,616 |
| 41 | SC9117 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 42 | SC8983 971-0016 | storage fee,November 21- December 20 | 1 | $45,619 | $45,619 |
| 43 | SC9016 971-0016 | storage fee,November 21- December 20 | 1 | $45,619 | $45,619 |
| 44 | SC9118 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 45 | SC9332 971-0095 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 46 | SC9333 971-0095 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 47 | SC9179 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 48 | SC9180 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

Exhibit 2
Page 27 of 28

| 49 | SC9286 | 971-0019 | storage fee,November 21- December 20 | 1 | $39,917 | $39,917 |
| 50 | SC9077 | 971-0016 | storage fee,November 21- December 20 | 1 | $18,533 | $18,533 |
| | | | 5% tax fee | | | $86,691 |
| TOTAL | 50 PCS | | | | | NT$1,820,501 |

SAY TOTAL NEW TAIWAN DOLLARS ONE MILLION EIGHT HUNDRED TWENTY THOUSAND FIVE HUNDRED ONE ONLY.

AIPS TECHNOLOGY CO., LTD.

*** Calculate to December 20 and partials are shipped out**

Erik Huang
GM of AIPS Techonlory Co., Ltd

AIPS TECHNOLOGY CO.,LTD
NO. 901, SEC. 2, ZHONGSHAN RD., DAJIA DIST., TAICHUNG CITY 437, TAIWAN
TEL: 886-4-24609099 FAX: 886-4-24626798

**Exhibit 2
Page 28 of 28**