| No. | Invoice No | PO Number | Currency | Amount | Closing date | O/B Date | ETA | Due Date | overdue | Account Payable (TWD) | Account Payable (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ST220088BS | SC7218 | TWD | 1,355,216 | 3/15/2022 | 2022/3/18 | 2022/3/30 | 6/13/2022 | 583 | 1,355,216.00 | US$44,375.11 |
| 2 | ST220091BS | SC7219 | TWD | 3,874,274 | 3/15/2022 | 2022/3/18 | 2022/3/30 | 6/13/2022 | 583 | 5,229,490.00 | US$171,234.12 |
| 3 | ST220092BS | SC6387 | TWD | 1,369,928 | 3/15/2022 | 2022/3/15 | 2022/3/16 | 6/13/2022 | 583 | 6,599,418.00 | US$216,090.96 |
| 4 | ST220093BS | SC6387 | TWD | 2,417,520 | 3/18/2022 | 2022/3/24 | 2022/4/22 | 6/16/2022 | 580 | 9,016,938.00 | US$295,250.10 |
| 5 | ST220098BS | SC6423 | TWD | 3,787,448 | 3/21/2022 | 2022/3/21 | 2022/3/22 | 6/19/2022 | 577 | 12,804,386.00 | US$419,266.08 |
| 6 | ST220089BS | PARTS | TWD | 1,459,500 | 3/23/2022 | 2022/4/3 | 2022/5/8 | 6/21/2022 | 575 | 14,263,886.00 | US$467,055.86 |
| 7 | ST220099BS | SC7220 | TWD | 3,874,274 | 3/24/2022 | 2022/3/30 | 2022/4/23 | 6/22/2022 | 574 | 18,138,160.00 | US$593,914.87 |
| 8 | ST220100BS | SC7221 | TWD | 3,873,444 | 3/24/2022 | 2022/4/3 | 2022/5/5 | 6/22/2022 | 574 | 22,011,604.00 | US$720,746.69 |
| 9 | FF220324 | tooling cost | TWD | 1,239,180 | 3/24/2022 | 3/24/2022 | 3/24/2022 | 6/22/2022 | 574 | 23,250,784.00 | US$761,322.33 |
| 10 | ST220105BS | SC7222 | TWD | 3,873,444 | 3/24/2022 | 2022/4/8 | 2022/5/3 | 6/22/2022 | 574 | 27,124,228.00 | US$888,154.16 |
| 11 | ST220109BS | SC7223 | TWD | 3,873,444 | 3/25/2022 | 2022/4/1 | 2022/5/10 | 6/23/2022 | 573 | 30,997,672.00 | US$1,014,985.99 |
| 12 | ST220108BS | SC6812 | TWD | 3,077,712 | 3/28/2022 | 2022/3/29 | 2022/3/29 | 6/26/2022 | 570 | 34,075,384.00 | US$1,115,762.41 |
| 13 | ST220111BS | SC6802 | TWD | 2,659,272 | 3/29/2022 | 2022/3/29 | 2022/3/30 | 6/27/2022 | 569 | 36,734,656.00 | US$1,202,837.46 |
| 14 | ST220113BS | SC6812 | TWD | 1,119,168 | 3/30/2022 | 2022/3/30 | 2022/3/31 | 6/28/2022 | 568 | 37,853,824.00 | US$1,239,483.43 |
| 15 | ST220114BS | SC6802 | TWD | 1,128,176 | 3/30/2022 | 2022/3/30 | 2022/3/31 | 6/28/2022 | 568 | 38,982,000.00 | US$1,276,424.36 |
| 16 | ST220115BS | PARTS | TWD | 561,282 | 3/30/2022 | 2022/3/30 | 2022/3/31 | 6/28/2022 | 568 | 39,543,282.00 | US$1,294,802.95 |
| 17 | ST220112BS | SC6206 | TWD | 5,792,940 | 3/31/2022 | 2022/4/7 | 2022/5/4 | 6/29/2022 | 567 | 45,336,222.00 | US$1,484,486.64 |
| 18 | ST220119BS | SC6993 | TWD | 4,042,542 | 3/31/2022 | 2022/4/1 | 2022/4/1 | 6/29/2022 | 567 | 49,378,764.00 | US$1,616,855.40 |
| 19 | ST220118BS | SC6809 | TWD | 3,409,380 | 3/31/2022 | 2022/4/1 | 2022/4/1 | 6/29/2022 | 567 | 52,788,144.00 | US$1,728,491.94 |
| 20 | ST220125BS | SC6993 | TWD | 139,398 | 4/18/2022 | 4/18/2022 | 2022/4/22 | 7/17/2022 | 549 | 52,927,542.00 | US$1,733,056.39 |
| 21 | ST220126BS | SC6540 | TWD | 1,369,928 | 4/18/2022 | 4/18/2022 | 2022/4/22 | 7/17/2022 | 549 | 54,297,470.00 | US$1,777,913.23 |
| 22 | ST220120BS | SC5008 | TWD | 5,779,980 | 4/21/2022 | 2022/4/28 | 2022/5/17 | 7/20/2022 | 546 | 60,077,450.00 | US$1,967,172.56 |
| 23 | ST220121BS | SC6540 | TWD | 2,417,520 | 4/21/2022 | 2022/4/29 | 2022/5/29 | 7/20/2022 | 546 | 62,494,970.00 | US$2,046,331.70 |
| 24 | ST220128BS | SC6805 | TWD | 3,972,816 | 4/21/2022 | 2022/4/21 | 2022/4/28 | 7/20/2022 | 546 | 66,467,786.00 | US$2,176,417.35 |
| 25 | ST220127BS | SC7061 | TWD | 4,129,748 | 4/22/2022 | 2022/4/29 | 2022/5/20 | 7/21/2022 | 545 | 70,597,534.00 | US$2,311,641.58 |
| 26 | FF220421 | scrap cost | TWD | 3,047,931 | 4/25/2022 | 2022/4/25 | 2022/4/25 | 7/24/2022 | 542 | 73,645,465.00 | US$2,411,442.86 |
| 27 | ST220130BS | SC6424 | TWD | 3,972,816 | 4/27/2022 | 2022/4/28 | 2022/5/28 | 7/26/2022 | 540 | 77,618,281.00 | US$2,541,528.52 |
| 28 | ST220122BS | SC6014 | TWD | 5,779,980 | 4/28/2022 | 2022/5/6 | 2022/6/10 | 7/27/2022 | 539 | 83,398,261.00 | US$2,730,787.85 |
| 29 | ST220123BS | SC7224 | TWD | 3,873,444 | 4/28/2022 | 2022/5/6 | 2022/6/8 | 7/27/2022 | 539 | 87,271,705.00 | US$2,857,619.68 |
| 30 | ST220131BS | SC6801 | TWD | 3,972,816 | 4/28/2022 | 2022/4/29 | 2022/5/29 | 7/27/2022 | 539 | 91,244,521.00 | US$2,987,705.34 |
| 31 | ST220132BS | SC7225 | TWD | 4,177,058 | 4/29/2022 | 2022/5/6 | 2022/6/10 | 7/28/2022 | 538 | 95,421,579.00 | US$3,124,478.68 |
| 32 | ST220129BS | SC4859 | TWD | 5,855,580 | 4/29/2022 | 2022/5/6 | 2022/6/10 | 7/28/2022 | 538 | 101,277,159.00 | US$3,316,213.46 |
| 33 | ST220129BS | SC5511 | TWD | 5,855,580 | 4/29/2022 | 2022/5/6 | 2022/6/10 | 7/28/2022 | 538 | 107,132,739.00 | US$3,507,948.23 |
| 34 | ST220136BS | SC6808 | TWD | 3,693,312 | 5/5/2022 | 2022/5/11 | 2022/6/19 | 8/3/2022 | 532 | 110,826,051.00 | US$3,628,881.83 |
| 35 | ST220137BS | SC6595 | TWD | 3,972,816 | 5/5/2022 | 2022/5/12 | 2022/6/21 | 8/3/2022 | 532 | 114,798,867.00 | US$3,758,967.49 |
| 36 | ST220133BS | SC6810 | TWD | 3,693,312 | 5/5/2022 | 2022/5/11 | 2022/6/13 | 8/3/2022 | 532 | 118,492,179.00 | US$3,879,901.08 |
| 37 | ST220135BS | SC7226 | TWD | 4,177,058 | 5/5/2022 | 2022/5/12 | 2022/6/21 | 8/3/2022 | 532 | 122,669,237.00 | US$4,016,674.43 |
| 38 | ST220134BS | SC4941 | TWD | 5,855,580 | 5/5/2022 | 2022/5/6 | 2022/5/30 | 8/3/2022 | 532 | 128,524,817.00 | US$4,208,409.20 |
| 39 | ST220144BS | PARTS | TWD | 775,273 | 5/19/2022 | 2022/5/19 | 2022/5/20 | 8/17/2022 | 518 | 129,300,090.00 | US$4,233,794.70 |
| 40 | ST220145BS | PARTS | TWD | 242,475 | 5/19/2022 | 2022/5/19 | 2022/5/20 | 8/17/2022 | 518 | 129,542,565.00 | US$4,241,734.28 |
| 41 | ST220146BS | PARTS | TWD | 97,285 | 5/19/2022 | 2022/5/19 | 2022/5/20 | 8/17/2022 | 518 | 129,639,850.00 | US$4,244,919.78 |
| 42 | ST220155BS | SC6597 | TWD | 3,972,816 | 5/25/2022 | 2022/5/26 | 2022/5/26 | 8/23/2022 | 512 | 133,612,666.00 | US$4,375,005.44 |
| 43 | ST220147BS | PARTS | TWD | 487,440 | 5/26/2022 | 2022/5/26 | 2022/5/27 | 8/24/2022 | 511 | 134,100,106.00 | US$4,390,966.14 |
| 44 | ST220148BS | PARTS | TWD | 9,920 | 5/26/2022 | 2022/5/26 | 2022/5/27 | 8/24/2022 | 511 | 134,110,026.00 | US$4,391,290.96 |
| 45 | ST220149BS | PARTS | TWD | 1,177,650 | 5/26/2022 | 2022/5/26 | 2022/5/27 | 8/24/2022 | 511 | 135,287,676.00 | US$4,429,851.87 |
| 46 | ST220150BS | PARTS | TWD | 8,240 | 5/26/2022 | 2022/5/26 | 2022/5/27 | 8/24/2022 | 511 | 135,295,916.00 | US$4,430,121.68 |
| 47 | ST220139BS | SC7227 | TWD | 4,177,058 | 5/31/2022 | 2022/6/6 | 2022/7/4 | 8/29/2022 | 506 | 139,472,974.00 | US$4,566,895.02 |
| 48 | ST220140BS | SC7062 | TWD | 4,129,748 | 5/31/2022 | 2022/6/6 | 2022/7/10 | 8/29/2022 | 506 | 143,602,722.00 | US$4,702,119.25 |
| 49 | FF220525 | scrap cost | TWD | 4,522,330 | 5/31/2022 | 5/31/2022 | 5/31/2022 | 8/29/2022 | 506 | 148,125,052.00 | US$4,850,198.17 |
| 50 | FF220531 | tooling cost | TWD | 37,700 | 5/31/2022 | 5/31/2022 | 5/31/2022 | 8/29/2022 | 506 | 148,162,752.00 | US$4,851,432.61 |
| 51 | ST220138BS | SC6803 | TWD | 3,972,816 | 6/1/2022 | 2022/6/13 | 2022/7/12 | 8/30/2022 | 505 | 152,135,568.00 | US$4,981,518.27 |
| 52 | ST220141BS | SC7063 | TWD | 4,104,870 | 6/1/2022 | 2022/6/9 | 2022/7/1 | 8/30/2022 | 505 | 156,240,438.00 | US$5,115,927.90 |
| 53 | ST220154BS | SC6804 | TWD | 3,972,816 | 6/1/2022 | 2022/6/13 | 2022/7/12 | 8/30/2022 | 505 | 160,213,254.00 | US$5,246,013.56 |
| 54 | ST220142BS | SC5010 | TWD | 5,855,580 | 6/2/2022 | 2022/6/13 | 2022/6/30 | 8/31/2022 | 504 | 166,068,834.00 | US$5,437,748.33 |
| 55 | ST220153BS | SC6596 | TWD | 3,972,816 | 6/2/2022 | 2022/6/13 | 2022/6/30 | 8/31/2022 | 504 | 170,041,650.00 | US$5,567,833.99 |
| 56 | ST220157BS | SC6811 | TWD | 3,693,312 | 6/6/2022 | 2022/6/7 | 2022/6/14 | 9/4/2022 | 500 | 173,734,962.00 | US$5,688,767.58 |
| 57 | ST220158BS | SC5214 | TWD | 5,855,580 | 6/7/2022 | 2022/6/8 | 2022/6/15 | 9/5/2022 | 499 | 179,590,542.00 | US$5,880,502.36 |
| 58 | ST220156BS | SC7660 | TWD | 908,424 | 6/8/2022 | 2022/6/16 | 2022/7/10 | 9/6/2022 | 498 | 180,498,966.00 | US$5,910,247.74 |
| 59 | ST220160BS | PARTS | TWD | 1,131,900 | 6/9/2022 | 2022/6/10 | 2022/6/17 | 9/7/2022 | 497 | 181,630,866.00 | US$5,947,310.61 |
| 60 | ST220152BS | SC7228 | TWD | 4,177,058 | 6/9/2022 | 2022/6/16 | 2022/7/5 | 9/7/2022 | 497 | 185,807,924.00 | US$6,084,083.96 |
| 61 | ST220151BS | SC6992 | TWD | 4,380,660 | 6/9/2022 | 2022/6/16 | 2022/7/5 | 9/7/2022 | 497 | 190,188,584.00 | US$6,227,524.03 |
| 62 | ST220159BS | SC7068 | TWD | 4,365,540 | 6/9/2022 | 2022/6/16 | 2022/7/8 | 9/7/2022 | 497 | 194,554,124.00 | US$6,370,469.02 |
| 63 | ST220162BS | SC6807 | TWD | 3,972,816 | 6/13/2022 | 2022/6/14 | 2022/6/21 | 9/11/2022 | 493 | 198,526,940.00 | US$6,500,554.68 |
| 64 | ST220161BS | SC6806 | TWD | 3,972,816 | 6/14/2022 | 2022/6/15 | 2022/6/22 | 9/12/2022 | 492 | 202,499,756.00 | US$6,630,640.34 |
| 65 | FF220614 | Deferred fee | TWD | 87,603 | 6/14/2022 | 6/14/2022 | 6/14/2022 | 9/12/2022 | 492 | 202,587,359.00 | US$6,633,508.81 |
| 66 | FF220617 | shipping fee | TWD | 25,456 | 6/17/2022 | 6/17/2022 | 6/17/2022 | 9/15/2022 | 489 | 202,612,815.00 | US$6,634,342.34 |
| 67 | ST220163BS | SC7787 | TWD | 908,424 | 6/15/2022 | 2022/6/24 | 2022/7/25 | 9/13/2022 | 491 | 203,521,239.00 | US$6,664,087.72 |
| 68 | FF220707 | SC8645 | TWD | 4,979,400 | 7/7/2022 | 2022/7/7 | 2022/7/7 | 10/5/2022 | 469 | 208,500,639.00 | US$6,827,132.91 |
| 69 | FF220714 | SC8741 | TWD | 14,144 | 7/14/2022 | 2022/7/14 | 2022/7/14 | 10/12/2022 | 462 | 208,514,783.00 | US$6,827,596.04 |
| 70 | FF220715 | SC8745 scrap cost | TWD | 6,563,799 | 7/15/2022 | 2022/7/15 | 2022/7/15 | 10/13/2022 | 461 | 215,078,582.00 | US$7,042,520.69 |
| 71 | ST220164BS | SC8190 | TWD | 3,775,524 | 7/21/2022 | 2022/7/22 | 2022/7/22 | 10/19/2022 | 455 | 218,854,106.00 | US$7,166,146.23 |
| 72 | ST220165BS | PARTS | TWD | 84,800 | 7/21/2022 | 2022/7/22 | 2022/7/29 | 10/19/2022 | 455 | 218,938,906.00 | US$7,168,922.92 |
| 73 | ST220166BS | PARTS | TWD | 281,536 | 7/21/2022 | 2022/7/22 | 2022/7/29 | 10/19/2022 | 455 | 219,220,442.00 | US$7,178,141.52 |
| 74 | ST220169BS | SC7063 | TWD | 24,878 | 7/25/2022 | 2022/7/26 | 2022/7/26 | 10/23/2022 | 451 | 219,245,320.00 | US$7,178,956.12 |
| 75 | FF220725 | Deferred fee | TWD | 60,165 | 7/25/2022 | 7/25/2022 | 2022/7/25 | 10/23/2022 | 451 | 219,305,485.00 | US$7,180,926.16 |
| 76 | ST220167BS | PARTS | TWD | 708,638 | 7/27/2022 | 2022/7/28 | 2022/8/3 | 10/25/2022 | 449 | 220,014,123.00 | US$7,204,129.76 |
| 77 | ST220184BS | PARTS | TWD | 19,746 | 7/27/2022 | 2022/7/28 | 2022/8/3 | 10/25/2022 | 449 | 220,033,869.00 | US$7,204,776.33 |
| 78 | ST220185BS | PARTS | TWD | 7,000 | 7/27/2022 | 2022/7/28 | 2022/8/3 | 10/25/2022 | 449 | 220,040,869.00 | US$7,205,005.53 |

Exhibit 3
Page 1 of 3

| # | Doc | Item | Cur | Amount | Date1 | Date2 | Date3 | Date4 | Days | Running Total | USD Total |
|---|---|---|---|---:|---|---|---|---|---:|---:|---:|
| 79 | ST220186BS | PARTS | TWD | 1,260 | 7/27/2022 | 2022/7/28 | 2022/8/3 | 10/25/2022 | 449 | 220,042,129.00 | US$7,205,046.79 |
| 80 | FF220728 | SC8667 | TWD | 940 | 7/28/2022 | 2022/7/29 | 2022/7/29 | 10/26/2022 | 448 | 220,043,069.00 | US$7,205,077.57 |
| 81 | ST220187BS | PARTS | TWD | 6,284 | 7/28/2022 | 2022/7/29 | 2022/8/3 | 10/26/2022 | 448 | 220,049,353.00 | US$7,205,283.33 |
| 82 | ST220188BS | PARTS | TWD | 89,591 | 7/28/2022 | 2022/7/29 | 2022/8/3 | 10/26/2022 | 448 | 220,138,944.00 | US$7,208,216.90 |
| 83 | ST220170BS | SC5216 | TWD | 5,855,580 | 7/28/2022 | 2022/8/3 | 2022/8/27 | 10/26/2022 | 448 | 225,994,524.00 | US$7,399,951.67 |
| 84 | ST220175BS | PARTS | TWD | 4,710,981 | 7/28/2022 | 2022/7/29 | 2022/8/3 | 10/26/2022 | 448 | 230,705,505.00 | US$7,554,207.76 |
| 85 | ST220182BS | PARTS | TWD | 86,475 | 7/28/2022 | 2022/7/29 | 2022/8/3 | 10/26/2022 | 448 | 230,791,980.00 | US$7,557,039.29 |
| 86 | ST220183BS | PARTS | TWD | 372,222 | 7/28/2022 | 2022/7/29 | 2022/8/3 | 10/26/2022 | 448 | 231,164,202.00 | US$7,569,227.31 |
| 87 | ST220172BS | SC7293 | TWD | 3,693,312 | 8/1/2022 | 2022/8/12 | 2022/8/2 | 10/30/2022 | 444 | 234,857,514.00 | US$7,690,160.90 |
| 88 | ST220173BS | SC7431 | TWD | 3,972,816 | 8/1/2022 | 2022/8/2 | 2022/8/2 | 10/30/2022 | 444 | 238,830,330.00 | US$7,820,246.56 |
| 89 | ST220174BS | SC6796 | TWD | 4,064,344 | 8/1/2022 | 2022/8/2 | 2022/8/2 | 10/30/2022 | 444 | 242,894,674.00 | US$7,953,329.21 |
| 90 | ST220189BS | PARTS | TWD | 131,850 | 8/2/2022 | 2022/8/3 | 2022/8/10 | 10/31/2022 | 443 | 243,026,524.00 | US$7,957,646.50 |
| 91 | ST220190BS | PARTS | TWD | 241,680 | 8/2/2022 | 2022/8/3 | 2022/8/10 | 10/31/2022 | 443 | 243,268,204.00 | US$7,965,560.05 |
| 92 | FF220726 | storage fee | TWD | 703,402 | 8/2/2022 | 2022/8/2 | 2022/8/2 | 10/31/2022 | 443 | 243,971,606.00 | US$7,988,592.21 |
| 93 | ST220191BS | PARTS | TWD | 101,850 | 8/3/2022 | 2022/8/12 | 2022/9/16 | 11/1/2022 | 442 | 244,073,456.00 | US$7,991,927.18 |
| 94 | ST220196BS | PARTS | TWD | 293 | 8/3/2022 | 2022/8/4 | 2022/8/11 | 11/1/2022 | 442 | 244,073,749.00 | US$7,991,936.77 |
| 95 | ST220179BS | SC7229 | TWD | 4,284,294 | 8/4/2022 | 2022/8/12 | 2022/8/25 | 11/2/2022 | 441 | 248,358,043.00 | US$8,132,221.45 |
| 96 | ST220181BS | SC6795 | TWD | 4,064,344 | 8/4/2022 | 2022/8/12 | 2022/8/25 | 11/2/2022 | 441 | 252,422,387.00 | US$8,265,304.09 |
| 97 | ST220180BS | SC6588 | TWD | 4,064,344 | 8/4/2022 | 2022/8/12 | 2022/9/5 | 11/2/2022 | 441 | 256,486,731.00 | US$8,398,386.74 |
| 98 | ST220197BS | SC6589 | TWD | 4,064,344 | 8/4/2022 | 2022/8/12 | 2022/8/25 | 11/2/2022 | 441 | 260,551,075.00 | US$8,531,469.38 |
| 99 | ST220198BS | SC7230 | TWD | 26,738 | 8/5/2022 | 2022/8/6 | 2022/8/6 | 11/3/2022 | 440 | 260,577,813.00 | US$8,532,344.89 |
| 100 | ST220202BS | SC5372 | TWD | 5,855,580 | 8/8/2022 | 2022/8/9 | 2022/8/10 | 11/6/2022 | 437 | 266,433,393.00 | US$8,724,079.67 |
| 101 | ST220211BS | SC5373 | TWD | 5,855,580 | 8/9/2022 | 2022/8/10 | 2022/8/11 | 11/7/2022 | 436 | 272,288,973.00 | US$8,915,814.44 |
| 102 | FF220809 | Deferred fee | TWD | 97,703 | 8/9/2022 | 8/9/2022 | 8/9/2022 | 11/7/2022 | 436 | 272,386,676.00 | US$8,919,013.62 |
| 103 | ST220204BS | PARTS | TWD | 419,970 | 8/9/2022 | 8/10/2022 | 8/17/2022 | 11/7/2022 | 436 | 272,806,646.00 | US$8,932,765.09 |
| 104 | ST220209BS | PARTS | TWD | 156,300 | 8/9/2022 | 8/10/2022 | 8/17/2022 | 11/7/2022 | 436 | 272,962,946.00 | US$8,937,882.97 |
| 105 | ST220206BS | PARTS | TWD | 106,015 | 8/9/2022 | 8/10/2022 | 8/17/2022 | 11/7/2022 | 436 | 273,068,961.00 | US$8,941,354.32 |
| 106 | ST220207BS | PARTS | TWD | 2,232 | 8/9/2022 | 8/10/2022 | 8/17/2022 | 11/7/2022 | 436 | 273,071,193.00 | US$8,941,427.41 |
| 107 | ST220192BS | PARTS | TWD | 116,855 | 8/10/2022 | 2022/8/23 | 2022/9/16 | 11/8/2022 | 435 | 273,188,048.00 | US$8,945,253.70 |
| 108 | ST220194BS | PARTS | TWD | 116,400 | 8/10/2022 | 2022/8/19 | 2022/9/25 | 11/8/2022 | 435 | 273,304,448.00 | US$8,949,065.09 |
| 109 | ST220195BS | PARTS | TWD | 14,550 | 8/10/2022 | 2022/8/19 | 2022/9/21 | 11/8/2022 | 435 | 273,318,998.00 | US$8,949,541.52 |
| 110 | FF220810 | scrap cost | TWD | 5,512,064 | 8/10/2022 | 8/10/2022 | 8/10/2022 | 11/8/2022 | 435 | 278,831,062.00 | US$9,130,028.23 |
| 111 | ST220199BS | SC7230 | TWD | 4,411,770 | 8/11/2022 | 2022/8/19 | 2022/9/6 | 11/9/2022 | 434 | 283,242,832.00 | US$9,274,486.97 |
| 112 | ST220205BS | PARTS | TWD | 3,000 | 8/11/2022 | 8/12/2022 | 8/19/2022 | 11/9/2022 | 434 | 283,245,832.00 | US$9,274,585.20 |
| 113 | ST220208BS | PARTS | TWD | 257,594 | 8/11/2022 | 8/12/2022 | 8/19/2022 | 11/9/2022 | 434 | 283,503,426.00 | US$9,283,019.84 |
| 114 | ST220210BS | PARTS | TWD | 1,585,117 | 8/11/2022 | 8/12/2022 | 8/12/2022 | 11/9/2022 | 434 | 285,088,543.00 | US$9,334,922.82 |
| 115 | ST220200BS | PARTS | TWD | 225,000 | 8/12/2022 | 2022/8/25 | 2022/10/10 | 11/10/2022 | 433 | 285,313,543.00 | US$9,342,290.21 |
| 116 | ST220178BS | SC6222 | TWD | 4,064,344 | 9/1/2022 | 2022/9/14 | 2022/10/13 | 11/30/2022 | 413 | 289,377,887.00 | US$9,475,372.86 |
| 117 | ST220177BS | SC6594 | TWD | 4,064,344 | 9/1/2022 | 2022/9/10 | 2022/10/4 | 11/30/2022 | 413 | 293,442,231.00 | US$9,608,455.50 |
| 118 | ST220213BS | SC7064 | TWD | 4,357,500 | 9/1/2022 | 2022/9/14 | 2022/10/13 | 11/30/2022 | 413 | 297,799,731.00 | US$9,751,137.23 |
| 119 | ST220214BS | SC7065 | TWD | 4,357,500 | 9/1/2022 | 2022/9/14 | 2022/10/13 | 11/30/2022 | 413 | 302,157,231.00 | US$9,893,818.96 |
| 120 | ST220215BS | SC6592 | TWD | 4,234,826 | 9/1/2022 | 2022/9/14 | 2022/10/13 | 11/30/2022 | 413 | 306,392,057.00 | US$10,032,483.86 |
| 121 | ST220218BS | PARTS | TWD | 438,000 | 9/2/2022 | 2022/9/15 | 2022/10/31 | 12/1/2022 | 412 | 306,830,057.00 | US$10,046,825.70 |
| 122 | ST220219BS | parts | TWD | 44,700 | 9/2/2022 | 2022/9/15 | 2022/10/31 | 12/1/2022 | 412 | 306,874,757.00 | US$10,048,289.36 |
| 123 | FF220801 | SC8576(scrap cost) | TWD | 16,850,444 | 9/5/2022 | 9/5/2022 | 9/5/2022 | 12/4/2022 | 409 | 323,725,201.00 | US$10,600,039.33 |
| 124 | ST220203BS | SC7824 | TWD | 4,234,826 | 9/1/2022 | 9/7/2022 | 10/13/2022 | 11/30/2022 | 413 | 327,960,027.00 | US$10,738,704.22 |
| 125 | FF220916 | SC8377 (PCB sample) | TWD | 32,985 | 9/20/2022 | 9/20/2022 | 9/20/2022 | 12/19/2022 | 394 | 327,993,012.00 | US$10,739,784.28 |
| 126 | FF220920 | storage fee | TWD | 486,407 | 9/20/2022 | 9/20/2022 | 9/20/2022 | 12/19/2022 | 394 | 328,479,419.00 | US$10,755,711.17 |
| 127 | FF220921 | Deferred fee | TWD | 242,970 | 10/5/2022 | 10/6/2022 | 10/12/2022 | 1/3/2023 | 379 | 328,722,389.00 | US$10,763,666.96 |
| 128 | FF221004 | SC9125 (sample) | TWD | 111,590 | 10/5/2022 | 10/6/2022 | 10/12/2022 | 1/3/2023 | 379 | 328,833,979.00 | US$10,767,320.86 |
| 129 | FF220930 | SC8703 (sample) | TWD | 6,973 | 10/12/2022 | 10/12/2022 | 10/12/2022 | 1/10/2023 | 372 | 328,840,952.00 | US$10,767,549.18 |
| 130 | FF221012 | SC8955 (tooling) | TWD | 109,725 | 10/12/2022 | 10/12/2022 | 10/12/2022 | 1/10/2023 | 372 | 328,950,677.00 | US$10,771,142.01 |
| 131 | FF221024 | storage fee | TWD | 1,089,291 | 10/24/2022 | 10/24/2022 | 10/24/2022 | 1/22/2023 | 360 | 330,039,968.00 | US$10,806,809.69 |
| 132 | FF221124 | SIC5143, SC3386, SI | TWD | 644,223 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 2/28/2023 | 323 | 330,684,191.00 | US$10,827,904.09 |
| 133 | FF221130 | SC6566 (tooling) | TWD | 12,000 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 2/28/2023 | 323 | 330,696,191.00 | US$10,828,297.02 |
| 134 | FF221125 | SC8918 (package) | TWD | 8,800 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 2/28/2023 | 323 | 330,704,991.00 | US$10,828,585.17 |
| 135 | FF221123 | SC9620 (rework) | TWD | 3,990 | 11/30/2022 | 11/30/2022 | 11/30/2022 | 2/28/2023 | 323 | 330,708,981.00 | US$10,828,715.82 |
| 136 | FF221120 | storage fee | TWD | 1,805,688 | 12/9/2022 | 12/9/2022 | 12/9/2022 | 3/9/2023 | 314 | 332,514,669.00 | US$10,887,841.16 |
| 137 | ST230004BS | SC6591 | TWD | 4,238,976 | 1/18/2023 | 2023/1/27 | 2023/3/3 | 4/18/2023 | 274 | 336,753,645.00 | US$11,026,641.94 |
| 138 | ST230005BS | SC8122 | TWD | 4,238,976 | 1/18/2023 | 2023/1/27 | 2023/3/3 | 4/18/2023 | 274 | 340,992,621.00 | US$11,165,442.73 |
| 139 | ST230006BS | SC7233 | TWD | 4,451,124 | 1/17/2023 | 2023/1/18 | 2023/1/18 | 4/17/2023 | 275 | 345,443,745.00 | US$11,311,190.08 |
| 140 | FF221228 | storage fee | TWD | 2,223,605 | 1/17/2023 | 2023/1/17 | 2023/1/17 | 4/17/2023 | 275 | 347,667,350.00 | US$11,383,999.67 |
| 141 | FF230110 | SC9894-sample | TWD | 1,400 | 1/17/2023 | 2023/1/17 | 2023/1/17 | 4/17/2023 | 275 | 347,668,750.00 | US$11,384,045.51 |
| 142 | FF221014 | SC8703 (sample) | TWD | 40,062 | 1/31/2023 | 2023/1/31 | 2023/1/31 | 5/1/2023 | 261 | 347,708,812.00 | US$11,385,357.30 |
| 143 | FF230131 | storage fee | TWD | 2,739,474 | 1/31/2023 | 1/31/2023 | 1/31/2023 | 5/1/2023 | 261 | 350,448,286.00 | US$11,475,058.48 |
| 144 | ST230008BS | SC6799 | TWD | 4,169,588 | 2/2/2023 | 2023/2/10 | 2023/3/15 | 5/3/2023 | 259 | 354,617,874.00 | US$11,611,587.23 |
| 145 | ST230009BS | SC6800 | TWD | 4,169,588 | 2/2/2023 | 2023/2/10 | 2023/3/15 | 5/3/2023 | 259 | 358,787,462.00 | US$11,748,115.98 |
| 146 | FF230302 | storage fee | TWD | 2,668,610 | 3/10/2023 | 2023/3/10 | 2023/3/10 | 6/8/2023 | 223 | 361,456,072.00 | US$11,835,496.79 |
| 147 | FF230315 | SC9504 (Scrap) | TWD | 35,279 | 3/30/2023 | 2023/3/30 | 2023/3/30 | 6/28/2023 | 203 | 361,491,351.00 | US$11,836,651.96 |
| 148 | FF230315-1 | SC9504 (Scrap) | TWD | 593,586 | 3/30/2023 | 2023/3/30 | 2023/3/30 | 6/28/2023 | 203 | 362,084,937.00 | US$11,856,088.31 |
| 149 | FF230316 | SC10166 | TWD | 507,713 | 3/30/2023 | 2023/3/30 | 2023/3/30 | 6/28/2023 | 203 | 362,592,650.00 | US$11,872,712.84 |
| 150 | FF230330 | storage fee | TWD | 2,597,328 | 4/14/2023 | 2023/4/14 | 2023/4/14 | 7/13/2023 | 188 | 365,189,978.00 | US$11,957,759.59 |
| 151 | FF230503 | storage fee | TWD | 2,997,442 | 5/10/2023 | 2023/5/10 | 2023/5/10 | 8/8/2023 | 162 | 368,187,420.00 | US$12,055,907.66 |
| 152 | FF230504 | SC10540_SAMPLE | TWD | 3,534 | 5/4/2023 | 2023/5/4 | 2023/5/4 | 2023/5/4 | 258 | 368,190,954.00 | US$11,473,697.54 |
| 153 | FF230612 | storage fee | TWD | 1,948,031 | 6/19/2023 | 2023/6/19 | 2023/6/19 | 2023/6/19 | 212 | 370,138,985.00 | US$11,534,402.77 |
| 154 | FF230711 | storage fee | TWD | 3,166,547 | 7/18/2023 | 7/18/2023 | 7/18/2023 | 7/18/2023 | 183 | 373,305,532.00 | US$11,633,079.84 |
| 155 | FF230815 | storage fee | TWD | 3,367,345 | 8/15/2023 | 8/15/2023 | 8/15/2023 | 8/15/2023 | 155 | 376,672,877.00 | US$11,738,014.24 |
| 156 | FF230915 | SB20 inventory fee | TWD | 65,799,591 | 9/15/2023 | 9/15/2023 | 9/15/2023 | 9/15/2023 | 124 | 442,472,468.00 | US$13,788,484.51 |
| 157 | FF230913 | storage fee | TWD | 2,874,945 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 12 | 445,347,413.00 | US$13,878,074.57 |
| 158 | FF231108 | storage fee | TWD | 2,671,611 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 12 | 448,019,024.00 | US$13,961,328.26 |

Exhibit 3
Page 2 of 3

| 159 | FF231108-2 | storage fee | TWD | 2,252,341 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 12 | 450,271,365.00 | US$14,031,516.52 |
| 160 | FF231203 | storage fee | TWD | 2,236,801 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 12 | 452,508,166.00 | US$14,101,220.50 |
| 161 | FF240102 | storage fee | TWD | 1,820,501 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 1/5/2024 | 12 | 454,328,667.00 | US$14,157,951.60 |

**Exhibit 3**
**Page 3 of 3**