William A. Drew, OSB No. 95253, billd@eoplaw.com
Joel P. Leonard, OSB No. 96081, joel@eoplaw.com
John D. Ostrander, OSB No. 873948, john@eoplaw.com
ELLIOTT, OSTRANDER & PRESTON, P.C.
707 SW Washington Street, Suite 1500
Portland, Oregon 97205
Telephone:  (503) 224-7112
Facsimile:  (503) 224-7819

    Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| AIPS TECHNOLOGY CO., LTD., a foreign limited company,<br><br>    Plaintiff,<br><br>v.<br><br>STAGES CYCLING, LLC, an Oregon limited liability company, STAGES INDOOR HOME CYCLING, LLC, an Oregon limited liability company, STAGES INDOOR CYCLING, LLC, an Oregon limited liability company, and FOUNDATION FITNESS, LLC, an Oregon limited liability company,<br><br>    Defendants. | Case No. 3:24-cv-00282-HZ<br><br>**ANSWER** |

    Defendants Stages Cycling, LLC, Stages Indoor Home Cycling, LLC, Stages Indoor Cycling, LLC, and Foundation Fitness, LLC ("Defendants") hereby answer the Complaint of Plaintiff AIPS Technology Co., Ltd. ("Plaintiff" or "AIPS") and assert their affirmative defenses as follows:

## ANSWER

1.

Without waiving any affirmative defenses, and except as specifically alleged below, Defendants hereby appear and generally deny all allegations against them. Defendants reserve all rights to file an amended answer.

2.

Defendants admit the allegations of paragraphs 6, 7 and 8.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to state a claim)

3.

Plaintiff fails to state a claim.

### SECOND AFFIRMATIVE DEFENSE
### (Timeliness)

4.

Some of Plaintiff's claims may be barred by statute of limitations or laches.

### THIRD AFFIRMATIVE DEFENSE
### (Waiver or Estoppel)

5.

Some of Plaintiff's claims may be barred by the doctrine of waiver, or Plaintiff may be estopped.

WHEREFORE, Defendants pray for relief as follows:

a) A Judgment in Defendants' favor dismissing Plaintiff's Complaint and all claims contained therein with prejudice; and

b) For Defendants' costs and expenses;

    c) For such other relief as the court deems just and proper.

DATED this 11th day of April, 2024.

                ELLIOTT, OSTRANDER & PRESTON, P. C.

                By: /s/ John D. Ostrander
                William A. Drew, OSB No. 95253, billd@eoplaw.com
                John D. Ostrander, OSB No. 873948, john@eoplaw.com
                Joel P. Leonard, OSB No. 96081, joel@eoplaw.com
                Of Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing **ANSWER AND AFFIRMATIVE DEFENSES** on the following parties on:

    Ms. Jeanne Kallage Sinnott
    Wildwood Law Group LLC
    3519 NE 15th Ave #362
    Portland OR  97212
    jeanne.sinnott@wildwoodlaw.com

    *Attorneys for Plaintiff*

[ ]    by mailing to said attorney(s) a full and correct copy therefor, contained in a sealed envelope, with postage paid, addressed to said attorney(s) as stated above and deposited in the United States Post Office at Portland, Oregon.

[ ]    by hand delivering to said attorney(s) a true copy thereof.

[ ]    by faxing to said attorney(s) a true copy thereof.

[ ]    by emailing to said attorney(s) a true copy thereof.

[X]    by electronic filing with the District Court's CM/ECF system.  The CM/ECF system generated Notice of Electronic Filing constitutes proof of service upon a Filing User in accordance with Fed. R. Civ. P. 5(d).

    DATED this 11th day of April, 2024.

        ELLIOTT, OSTRANDER & PRESTON, P. C.


        By:_____/s/ John D. Ostrander_____
        William A. Drew, OSB No. 95253, billd@eoplaw.com
        John D. Ostrander, OSB No. 873948, john@eoplaw.com
        Joel P. Leonard, OSB No. 96081, joel@eoplaw.com
        Of Attorneys for Defendants