

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | August 26, 2024 |
| Case Number: | 3:24−cv−00282−AB |
| Case Title: | AIPS Technology Co., Ltd. v. Stages Cycling, LLC et al |

**(A)  Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Marco A Hernandez to the Honorable Amy M. Baggio, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Case Status or Scheduling Information: | 503−326−8050 |
| Filing or Docket Entry Information: | Telephone: 503−326−8050 |

**(B)  Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:**  Effective immediately, Judge Baggio's initials (AB) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:    Judge Baggio
       Counsel of Record