IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| AIPS TECHNOLOGY CO., LTD., a foreign limited company, | Case No. 3:24-cv-00282-AB |
| Plaintiff, | Hon. Amy M. Baggio |
| v. | |
| STAGES CYCLING, LLC, an Oregon limited liability company, STAGES INDOOR HOME CYCLING, LLC, an Oregon limited liability company, STAGES INDOOR CYCLING, LLC, an Oregon limited liability company, and FOUNDATION FITNESS, LLC, an Oregon limited liability company, | STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

Based on the stipulation of the parties below, and there being no just reason for delay, IT IS HEREBY ORDERED AND ADJUDGED that Defendants Stages Cycling, LLC, Stages Indoor Home Cycling, LLC, Stages Indoor Cycling, LLC, and Foundation Fitness, LLC are dismissed with prejudice and without an award of attorney fees, costs, or disbursements to Plaintiff.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.


_____
AMY M. BAGGIO

1

It is so stipulated:

By: */s/ Jeanne Sinnott  (w/consent)*
Jeanne Sinnott, OSB No. 075151
Jeanne.sinnott@wildwoodlawgroup.com
Wildwood Law Group LLC
3519 NE 15th Avenue, #362
Portland, Oregon 97212
Telephone: 503-564-3049

January Dragich, *pro hac vice*
jdragich@Dragichlaw.com
David Dragich, *pro hac vice*
ddragich@Dragichlaw.com
Eric Addy, *pro hac vice*
eaddy@Dragichlaw.com
The Dragich Law Firm PLLC
17000 Kercheval Ave., Suite 210
Grosse Pointe, Michigan 48230
Telephone: (313) 886-4550

*Attorneys for Plaintiff*

DATED this 20th day of September, 2024.

By: */s/ John D. Ostrander (w/consent)*
William A. Drew, OSB No. 95253
billd@eoplaw.com
John D. Ostrander, OSB No. 873948
john@eoplaw.com
Joel P. Leonard, OSB No. 9608
joel@eoplaw.com
Elliot, Ostrander & Preston, P.C.
707 SW Washington Street, Suite 1500
Portland, Oregon 97205
Telephone: (503) 224-7112

*Attorneys for Defendants*